1 | **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
2 | **ROPES & GRAY LLP**
Three Embarcadero Center
3 | San Francisco, CA 94111
4 | Telephone: (415) 315-6300

5 | **JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
6 | **ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
  | **HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
7 | **ROPES & GRAY LLP**
8 | 1211 Avenue of the Americas
  | New York, NY 10036-8704
9 | Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | Case No.: **'20CV0782 AJB BGS**<br><br>**DECLARATION OF GEORGE RIDLEY** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569


\*Application for *pro hac vice* forthcoming

# DECLARATION OF GEORGE RIDLEY

1. I am 51. I am from San Diego, California. U.S. Citizen. I recently got married. If released, I will live with my wife, in San Diego.
2. I have been at Otay Mesa for 6 months. I started in G-Pod, moved to Q-Pod, and then to V-Pod. I have been in V-Pod for approximately 6 weeks.
3. In 2010, I had an operation after my right lung collapsed. Missing 1/3 of my right lung. I have blisters on my left lung and it could collapse at any time. Because of my lung issues, I am very worried about contracting COVID-19.
4. There are approximately 130 people in V-Pod. V-Pod has two-levels, with cells upstairs and downstairs. There are four two-man cells. The rest are four-man cells. It is impossible to practice social distancing in a cell. A four-man cell is the size of a small hotel room. It has two bunk beds in an L shape. The two-man cell has one bunk bed. It is about 6'x9' space. I am in a two-man cell.
5. Vents blow recycled air throughout the unit, including into the cells. This scares me because of how COVID-19 spreads.
6. Once a week, the jail give us a bar of soap (size of a domino), hotel-sized bottle of shampoo, and two rolls of toilet paper. Other than showering, we all take care of our personal hygiene in our cells.
7. The downstairs cells open up into the day room. The dayroom is about the size of an NBA basketball court. The dayroom has about 18-20 tables. Each table has four stools around it. The stools and the tables are bolted to the ground. The tables are close together, only a couple feet apart. The day room also has 4 televisions, 2 microwaves, 8 phones (four on each side).
8. It is impossible to social distance in the day room. Even if you try, with the amount of people on the unit, it is impossible to stay six feet away from anyone for very long.

9. About two weeks ago, the guards started providing more cleaning supplies. Before that, the amount of cleaning supplies in the unit were limited and could run out, so you couldn't do things like wash the phone off after someone else used it.

10. The cleaning supplies are highly diluted. The color should be darker. We do not have bleach.

11. Showers are located in the front of the pod, near the entrance. There are four showerheads in each shower area. A shower curtain divides the showers. The curtain does not go from the ceiling to the floor, and sometimes the shower curtain does not go all the way around, so there is not complete privacy. You are very close to the other people showering. After you shower, you have to walk through the day room to get to your cell.

12. About two weeks ago, the jail transferred four people from Q-Pod to V-Pod. We know that there are COVID-19 infections in Q-Pod. Everyone is concerned about the transfers from Q-Pod. People are scared the transferred men brought COVID-19 to V-Pod.

13. A man named Red is one of the inmates from Q-Pod. Red's cellmate in Q-Pod got sick. Red felt sick and put in a grievance demanding a COVID-19 test. The warden rejected the grievance and then transferred Red to V-Pod.

14. I have not filed a grievance. The grievances are a cat and mouse game. Instead of fixing things, the guards tell you to file a grievance. Then time passes and nothing happens.

15. In the morning, there is a sign-up for sick call. Pre-COVID-19, sick call either took place at a nurses' station, located the front of the pod, or outside of the pod, at medical. Since COVID-19, sick call takes place in the pod.

16. At sick call, a nurse examines you. The nurse does a basic check-up, taking your blood pressure and temperature, and asking about symptoms. Nurses do not give out any medication besides Tylenol.

17. Only about a week and a half ago did the nurses start wearing protective gear, like masks and protective gowns. I am scared the nurses might be bringing in sickness from the other infected pods. I am worried that the nurses do not change their protective gear between visiting pods.

18. In the last few weeks, I have heard numerous people coughing and/or curled up in cells with what looks like a fever. The nurses are seeing sick people and then sending them back into the unit. The nurses have sent very few people to the doctor. I think they are not testing people that are sick and could possibly have it.

19. There is an inmate named John who was sick for two weeks, but the nurses never sent him to medical. Now he is sick again, but the nurses have not sent him to medical, for a COVID-19 test. Everyone is worried about getting sick from John.

20. There are 5 or 6 pods that have letters posted on the door. The letters warn people not to enter unless they have protective gear on. These are the cells where people have tested positive for COVID-19.

21. I am scared because the guards come and go every day from the pod. I do not know where the guards have been or if they are being safe. I know at least one supervisor quit because CoreCivic was not providing safety gear to the guards. Guards only started wearing masks only about a week ago. Some of the guards on my unit still do not wear a mask all the time.

22. Normally, to get to chow and then back to the pod, we have to go through a sally port, about 15 people at a time. Until about a week and a half ago, the guards continued to crowd us into the sally port. Now we are fed in the pod.

23. I work in the kitchen, as a cook. We wear hairnets and facial guard nets. We do not get masks. All the kitchen workers are concerned about the safety of the kitchen. We are still using plastic trays, instead of disposable plates. That means we have to handle the trays when they come back from the pods. Only last week did they start washing and sanitizing the carts that take the trays to the cells. In the kitchen, we work shoulder to shoulder on the line, when making trays, and washing dishes.

24. In V-Pod, we have been asking for masks for over a month. The jail issued us masks at the beginning of this week. They made us sign a form to get the mask. They claim the form does not waive our rights; it just lets us know the mask might not prevent us from catching COVID-19.

25. To keep us informed, the jail holds town hall meetings. Town hall meeting takes place in the day room. Everyone has come to the day room for the town hall meetings. We are all shoulder width apart. There is no social distancing. Had

26. The first town hall meeting about COVID-19 took place around March 31, 2020. The jail admitted a guard had tested positive for COVID-19, but downplayed the risk. The jail emphasized that the guard had not been on site for 2 weeks, instead of acknowledging the guard was on site with COVID-19, putting us all at risk.

27. Since the first town hall meeting, the unit has had 4 or 5 town hall meetings. They are doing a lot of downplaying and not taking this seriously. At the Town Hall meetings, they tell us to wash hands and practice social distancing. They tell us people are infected, but we do not know who, or where they have been. It is a smoke screen. We watch the news and learn more.

28. In my opinion, the jail is not concerned about our safety or health. A lot of us are concerned because we know how serious this is. We worry we will never see our family again.

Gave me authority to sign saying this is true and correct, 6:00 P.M., 4/16/20, /s/ *Aron Israelite*