**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**JOAN MCPHEE**\* (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**\* (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL**\* (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | **Case No.:** '20CV0782 AJB BGS<br><br>**DECLARATION OF JANE DOE** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

\*Application for *pro hac vice* forthcoming

# DECLARATION OF JANE DOE

1. My name is Jane Doe, and I am 46 years old. I am from Belize, but I came to the United States at age 13, and have lived here for almost 32 years.

2. I arrived at CoreCivic on December 16, 2019. I am housed in the Bravo Pod. There were once about 100 women in Bravo Pod. Today, there are approximately 78 women.

3. It is usually two women to a cell. Currently, I am in a cell by myself. I have had my own cell for about a month and a half. My cell is about 5x8 feet. My cell has a toilet and sink in it. Other than showering, I use the sink in my cell to wash, brush my teeth, etc.

4. There are cells upstairs and downstairs. The downstairs cells open into the day room. The day room is a common area where we spend time when not in our cells. The day room has a phone, TV, 2 microwaves, a sink, and access to the shower room. There are 16 tables with four stools around them. The stools are 2 feet apart and bolted to the ground.

5. With the number of women in the pod, it is impossible to maintain a distance of six feet from other people in the day room.

6. There are 10 showers in the pod, but only about 6 work. The showers are cleaned twice a day, at lunchtime and at just before bed time. The showers get dirty as the day goes along. Women leave trash, like sanitary napkins, in the showers. I get up at 5 AM each day to get a clean shower.

7. Every Tuesday, we get one small bottle of shampoo and one small bar of soap. It is not enough for the week. We can ask guards for more soap if we run out. The quality of the soap is low, so I purchase my own shampoo and soap from the commissary.

8. Inmates can volunteer to be cleaning porters. We have shower, floor, table, and laundry porters. Porters are paid $1 a day. Pre-COVID-19, cleaning took place twice a day: after lunch and after 10 p.m. count.

9. About three weeks ago, the guards hired more porters. The ideas was to clean more often and clean door handles and railings. Many times, the new porters do not do their jobs, or cannot do their job because people are using the dayroom tables and the phone.

10. Until about two weeks ago, we had to go to the "chow hall" to eat. To get to the chow hall and return to the unit, we had to crowd in a sally port, about 15-20 people at a time. At the dining hall, we ate in groups of 6, very close together.

11. Now the guards bring meals to the unit. When the meals arrive, the guard calls groups of room numbers, like cells 101-104. All the girls come out of their cell and line up to get their tray. When they line up, they are about two feet apart.

12. I volunteer to serve breakfast, lunch, and dinner. The guards give us gloves, aprons, and hairnets. We do not receive masks.

13. To get medical treatment, you have to sign up for sick call. Sign up takes place between 5 am and 6 am. Pre-COVID-19, it was random when nurses would come for sick call. Sometimes they came in the morning, sometimes it would be at night, just before bed.

14. I have seen many people with coughs, body pains, sore throats, and fevers, who sign up for sick call, but do not get to see a doctor for many days. This has remained true since the COVID-19 outbreak. For pain, the nurses only give us Tylenol or Motrin. If we have sore throat hurts, they tell us to gargle with salt water. Sometimes the nurses give us salt to keep in our cells, but the guards take it away.

15. Starting about 3 weeks ago, the nurses started doing sick call after the 8 a.m. count.  Because too many of us were signing up for sick call, the nurses said that if you are not dying or bleeding, do not sign up.  The only people being taken to medical are people that have fevers.  I have seen girls sign up for sick call, who are coughing and say their body hurts, but no one pays attention.

16. Two girls from our unit have tested positive for COVID-19. The guards took them away for seven days and then returned them to the housing unit.  One girl who came back to the unit told me she still has symptoms.  She told me that she cannot taste or smell.

17. We have been asking for masks since the second week of March. We got masks about a week ago, after the two girls tested positive.  The guards tried to make us sign a form, in order to get a mask.  The form said, if you sign and use the masks, CoreCivic is not responsible if you get sick.  A lot of the girls refused to sign the form.

18. Some of the girls wear the masks provided and some do not.  We only got one mask, and there is no way to clean it.  I am wearing my mask all the time.  Before we had masks, I wrapped my face with my head covering.  I only had the head covering because I am Muslim.  Until we got masks, the other girls did not have the same opportunity to cover their faces.

19. Until last week, the guards did not use masks.  The guards started using masks after the two girls tested positive for COVID-19.

20. About a month ago, guards came and held a "town hall meeting" to discuss COVID-19.  The guards told everyone to come out of their cells and go into the day room.  They told us to stay 6 feet apart, wash our hands, shower every day, and keep rooms clean.  In the day room, during the town hall

meeting, we were all crammed together, with very little space between each other.

21. As people started getting COVID-19, there have been more town hall meetings to update us on how many people are sick. We have had three town hall meetings in April. The town hall meetings still take place in the day room. It is impossible to maintain six feet of distance during these meetings.

22. This morning, to protest, we all came out of our cells at 5 a.m. and refused breakfast. Then, we all sat in the day room and refused to go to return to our rooms for 8 a.m. count. We are protesting because we want medical to pay us more attention, look after the ones feeling sick, and make sure everyone is tested. We also felt the women with COVID-19 should have stayed in the medical unit for 14 days.

23. If you file a grievance, one of the unit managers comes to discuss the grievance with you. In my experience, usually the unit manager takes the guard's side. Other women have filed grievances about medical treatment, but I do not think the jail has responded to them favorably.

24. I speak to a psychologist every 2 weeks or so. When you go to mental health, the guards take you down to a holding cell, where you wait to see the counselor. In the holding cell, there are usually 9 or 10 other girls. Last month I refused to go because the holding cell is filthy, cramped, and we eat there. The guard said she would write me up if I did not go. I do not like to be written up, so I went. I had to sit in a cell with 9 or 10 other girls.

25. If I get out of custody, I would live with my aunt in South Central Los Angeles. My aunt would make sure I have money to get transportation to Los Angeles.

26. I am scared and worried. I pray a lot. I try to exit your room during times of the day when the day room is not crowded. The guards are not doing the

proper protocol. We do not have social distancing and there sick people in the unit.

Gave me authority to sign saying this is true and correct, 1:00 P.M., 4/15/20, /s/ *Aron Israelite*

### Supplemental Declaration of Jane Doe

1. My name is Jane Doe, and I am 46 years old. I am from Belize, but I came to the United States at age 13, and have lived here for almost 32 years.

2. I was diagnosed as being HIV positive many years ago. I am currently receiving treatment for this condition at Otay Mesa Detention Center.

Gave me authority to sign saying this is true and correct, 2:40 P.M., 4/17/20, /s/ *Joshua Jones*