**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
TELEPHONE: (415) 315-6300

**JOAN MCPHEE**\* (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**\* (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL**\* (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | Case No.: '20 CV0782 AJB BGS<br><br>**DECLARATION OF LEOPOLDO SZURGOT** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**Z GABRIEL ARKLES\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

\*Application for *pro hac vice* forthcoming

**DECLARATION OF LEOPOLDO SZURGOT**

1. My name is Leopoldo Szurgot. I am a 36 year-old man currently detained by the United States Marshals Service at the Otay Mesa Detention Center. I have been detained here since November 5, 2019.

2. I am currently in pod Q. I am in a cell by myself. I don't have a cellie; I did until about a week ago. The pod has cells that surround a dayroom that's about the size of a basketball court. The cells are opened at 5:30 in the morning until 8, unlocked from 9 to 3:30, and then 4:30 until 10 PM. 27 + 38 cells, with about 68 people more or less in this unit. A small number of the cells in the pod still have two people per cell. There are cells that are empty. They're not bringing anyone new in here. We have no movement and we just stay in this unit. I have my own toilet in my cell; each cell has one.

3. The pod has four shower rooms with something like four shower heads each. The showers get cleaned nightly. Inmates clean the showers at 10:30; certain people clean showers, certain people mop, some people wash windows, wipe rails down. I wipe rails down.

4. Just us, and we clean just at night, and sometimes during the day; some people will volunteer to wipe the rails down, wipe the tables and phones down, the light switches. Guards ask us to volunteer to clean during the day, seems like every other hours. I wipe down the rails. They give us five-gallon jugs of the cleaning room; one says multi-purpose cleaner, another says window cleaner. We use those and rags. We use a new rag when they have them, but a lot of times they don't we have to reuse rags. In this past week, I've reused a rag maybe three times.

5. They give us bar soap for free twice a week on Tuesdays and Fridays, but if you asked for more, you would get it, when they have it. Sometimes they're out the day before they pass out more. We don't get hand sanitizer.

6. They gave us masks like two days ago. When we clean at night, they put boxes of gloves out for us to use. We're still using the same masks we got two days ago, and they say they're good for two weeks. I know that's not true, because I'm a tattoo artist and I use masks in my work.

7. As of two weeks ago, the guards have to wear masks. Some of them wear papered jumpsuits too.

8. When food is delivered to the pod, you can eat wherever. Sometimes they have us line up for food, and sometimes they call us cell by cell.

9. Yesterday they took out someone of the pod with a 104 F degree temperature. He was sick for maybe a day and half before they took him out. Other people are coughing a lot and have a fever or cold-like symptoms. Medical comes in once a day and checks everyone's temperature. If you want to see medical, you sign a paper at breakfast to see medical, and medical comes and sees us in the office if you ask around 3:30. Today they checked our temperature around 11.

10. Management and medical have told us that now four or five people tested positive in our pod, I think. They said they can't test everyone so only people with severe symptoms get tested. When they held a meeting in our pod for management, we gather around, and we can't really stay six feet apart.

11. They tell us to stay six feet apart, but it's not possible to keep six feet apart when you're outside of your cell. There's not enough space.

12. I think my immune system is more weak because of a head injury that still hasn't been fully treated. I got the injury in April 2017 when I had my accident and first surgery. I had medical treatment and postponement of surgery for a long time after that, and never got it in surgery before I was detained in November 2019.

13. I have high blood pressure. They prescribed me pills, but I don't always take them.
14. I went to the hospital with bad stomach cramps in the fall of 2019, and eventually, the hospital said I have kidney stones, which I still haven't passed that I know of.
15. I had my gallbladder removed in 2015.
16. I'm scared as hell. I'm here in this place with a high risk of getting COVID-19. I know I'm at high risk of getting a bad case of it because of my health conditions.
17. If I got out, I would be able to stay with family, with my cousin in Helendale.
18. Today they can and talked to us and management, today 22 inmates and 12 staff.

Gave me authority to sign saying this is true and correct, 12:55 PM 4/14/2020 JCA