**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | **Case No.:** '20CV0782 AJB BGS<br><br>**DECLARATION OF JACINTO VICTOR ALVAREZ** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

\*Application for *pro hac vice* forthcoming

## DECLARATION OF JACINTO VICTOR ALVAREZ

1. My name is Jacinto Victor Alvarez. I am a 54-year-old man currently detained by the United States Marshals Service at the Otay Mesa Detention Center. I am a Mexican citizen. I have been detained here since November 4, 2019.

2. I am currently in V pod. There are around 100 people in this pod. It is close to full capacity.

3. I sleep in a cell with one other person. It would take me about three steps to get from one side of the cell to the other. We have bunk beds that are placed together in the shape of an L. It is not possible for me to stay six feet away from my cell mate. The cell is roughly 3 meters x 4 meters.

4. My cell has a toilet which I share with my cellies. The toilet is exposed and has no cover. We are in charge of cleaning out own toilet and try to clean it 3 times a week. We are given cleaning supplies to clean but the cleaning supplies are watered down.

5. There are roughly sixteen showers in the pod. Only two people can shower at any given time. The showers are cleaned every day, either once or twice a day. They are given gloves, but not masks. The showers are not cleaned between uses.

6. We are given hygiene supplies once a week. I get a small bar of soap, the size of a chocolate and a small amount of shampoo that has to last me all week. If we run out we can ask for more but sometimes were told the jail has run out and we have to wait for a new shipment. This week we were out of toilet paper for two days and were told we had to wait for a shipment. We are not given hand sanitizer.

7. During the day, I can wash my hands either in my room or at a sink by the microwave. I have to use my shampoo as soap for my hands because if not I

will run out of soap. There is bar of soap by the sink by the microwave and a lot of people use it.

8. I work in the kitchen; I have been working there for two weeks. I was given one mask and I take it to my cell every day and try to wash it. I cannot wash it often because it is a disposable mask and it wears out if I wash it. If you don't work in the kitchen, the jail does not give you a mask. Kitchen workers are given gloves every day. There are roughly 30 of us who work in the kitchen. We were all given one mask in the last two weeks and many of my coworkers have thrown theirs out because they got too dirty.

9. When we were given the face mask, the officer in charge gave us a form and told us we had to sign the form in order to get the face mask. I'm not sure what the form said. I do not speak English well and I cannot read English well, I only understand basic words. All the kitchen workers signed the form to get a mask. I only use the mask when I am working or when I am in the general area. I do not wear the mask when I am in my room. The people in my pod don't have masks.

10. For the past week, they have been bringing the food to us and we eat in our cells. When the food is ready for our pod we are told to get in a single file line. We are side to side when in line for food, there is no way to practice social distancing or stay 6 feet away.

11. Four weeks ago I started feeling ill. At first I had a sore throat and a headache. From there I started getting body aches and my cough got very strong. I also had a fever and no appetite. I felt like this for 10 days. The only medication I has was naproxen which is given to me every day because of back pains I have regularly. I never went to the doctor because people in my pod told me that they were put into medical isolation for many days and not taken care of. I also was scared that I would be more sick being around

everyone who was being cohorted in medical. I am scared to fall ill again because I saw on the news that people start to feel better but then get even more sick with the coronavirus and now my defenses are weaker because I was just sick.

12. When I was sick I was in Q pod. When I was in Q pod, there were at least 8 people taken to medical. I was moved to V pod right after I started feeling better.

13. I have seen other inmates in my pod who have symptoms. Some people have fevers or are coughing, but they stay in the pod and do not go to medical. The doctor comes to our pod if someone is sick but they just take their fever and that's it.

14. I have not filed a grievance because I have seen other people file grievances or try to talk to the warden and the jail ignores their concerns.

15. Today all the inmates in our pod started a strike, people are refusing to eat and we will stop going to work. We are asking for better jail conditions or release because we are scared of dying from this infection. I feel that I am getting a death sentence for coming to the U.S. without legal status. When I came out of my cell to have a legal call I saw the warden on her way to my pod. I think she was heading there to talk to the inmates about the hunger strike.

16. If I got out, I would stay at half way house where the program has rules about self-isolating and I would be able to have more control over my hygiene and my health. My attorney Joanna Martin will help me get a bed.

Gave me authority to sign saying this is true and correct, 1:38 PM on 4/15/20 KST