**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional Counsel Listed on Following Page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | Case No.: '20 CV0782 AJB BGS<br><br>**DECLARATION OF VICTOR LARA SOTO** |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569


*Application for *pro hac vice* forthcoming

# DECLARATION OF VICTOR LARA SOTO

1. My name is Victor Lara Soto. I am a 42-year-old man and have been detained by the United States Marshals Service since November 10, 2019.

2. I have been detained at the Otay Mesa Detention Center for about a month and a half. Prior to that, I was detained at the Metropolitan Correctional Center.

3. I am currently in pod V. I am in a cell with three other people. There are four of us total. I was just moved to pod V about three weeks ago. Prior to that, I was in pod Q and only shared a cell with one other person. I was in pod Q for about three weeks.

4. The cell is about three meters by five meters large. There are four beds in the cell. My cellmates and I are close to one another all day and night.

5. There are a nearly 100 detainees in pod V. There were approximately 120 detainees in pod Q. No new people have been brought to pod V since about one week after I arrived to pod V. About six new people were brought to pod V one week after I arrived.

6. I am locked in my cell from 10 pm until about 8 or 9 am every night.

7. I work in the kitchen from about 10:30/11 am until about 7/8 pm every day of the week.

8. In the kitchen, I prepare and serve food for all of the other detainees in the jail. I am only given gloves and a thin cotton mask when I prepare and serve the food. The guards take my gloves and masks off whenever I leave the kitchen.

9. There are about 1,100 detainees at CCA. Those of us who work in the kitchen prepare three meals a day for each detainee. They are only five of us who actually prepare and serve the food, as others clean and do other tasks in the kitchen.

10. I serve and prepare the food for everyone in the jail. I am responsible for preparing the plated food; the food is then taken to each individual pod and cell by the guards. The detainees have been eating their meals in their cells for the past three weeks.
11. All of the kitchen workers eat together in the kitchen. We work and eat very close to one another. There are 21 or 22 detainees from pod V who work in the kitchen.
12. The jail has not yet paid me for the past ten days of work.
13. The women from pod B used to work with us in the kitchen. But the women's pod was infected with the virus so they have not been able to help us for the past week and a half. I believe that some of the pregnant women may also be infected—there are at least three pregnant women in pod B.
14. There was also another male pod that used to help us in the kitchen, but only eight detainees from that pod came to help us today. That is the smallest amount of people that have ever worked in the kitchen since I have been working there.
15. The guards have been helping us serve food for the past four or five days because there are not enough people to help us in the kitchen.
16. The guards wear the medical grade masks and gloves while they are at the jail. We are nervous and scared to work next to the guards and have them perform the strip search after we have worked in the kitchen because they live in the community and could bring the virus into the jail. They are the only ones who can bring the virus to us since we are detained at the jail.
17. Two days ago, the jail gave us new masks that were made with thicker material. They are the type of masks that are used by medical professionals. However, we were told that the masks would have to last for two weeks. We were also required to sign a form that stated that we were going to be held

personally responsible if we contracted the virus. The jail would not be held responsible if we were to contract the virus.

18. The form was only provided to us in English. I do not speak, write, or read English, but understood some of the references to COVID-19. We were told to sign and date the form in order to receive one of the masks. Although we were told that the masks had to last for two weeks, we were not specifically told that we would get another mask after two weeks had passed.

19. I signed and dated the form because the jail and guards are not taking care of us. I signed it out of fear of contracting the virus. We are all very scared about contracting the virus.

20. We are going to begin a hunger strike starting tomorrow (4/14/20). Everyone is scared. We want to known was it going on and are not being informed about the virus.

21. Everyone is on lock down and only those of us who work in the kitchen are released from our cells all day.

22. We are also going to stop working in the kitchen and join the hunger strike. We want the jail to pay attention to the human rights violations. We are participating in the hunger strike out of fear of being infected and so that the jail and guards pay attention to us and protect us. At least four or five other pods are also going to participate in the hunger strike.

23. Starting tomorrow, several of the pods are going to refuse food and go on a hunger strike until the jail pays attention to our situation. We want human rights violations to be addressed and want the jail to let us know what is happening with the virus inside of the jail. We want a professional to come into the jail and let us know what is happening with the virus. It is a sacrifice that we have to make so that they will pay attention to us.

24. We are not trying to take advantage of the virus in order to get out of jail. We know that we did something wrong to be here. But we do not feel protected and are unable to keep a distance away from each other as stated in the news.
25. Several of the pods have signs on their doors that state that a mask is required in order to enter that pod. We are one of the few pods that do not have that sign on our door yet.
26. During the day, the detainees who are not working are shoulder to shoulder when they watch TV and participate in activities.
27. There are four bathrooms with four shower heads in each bathroom. The showers are only cleaned once per day by one of the detainees. The detainee is given a bucket with water, a spray bottle with a pinkish or reddish-colored cleaning liquid, and a towel, but no gloves.
28. None of the detainees in pod V were given gloves or masks until a couple of days ago. The detainees started making masks out of their own socks and towels—they were trying to protect themselves in any way they could.
29. We are normally given one bar of soap and one roll of toilet paper twice per week. If we run out, we are supposed to ask the guard for more. The entire pod shares a gallon of shampoo and we are given a small bottle to fill up when we go to the shower.
30. We can take showers and wash our hands as often as we want. We are given soap when we ask for it, but there are times when the jail runs out of it.
31. There have been three times when I have not been able to get soap and had to wait until the following day.
32. There have been four to six times when I have run out of toilet paper and have had to wait until the following day.
33. We are responsible for cleaning our own cells. My cellmates and I trade off cleaning the cell between the four of us. We clean the cell once a day.

34. Two other detainees clean the railings, the telephones, and the door handles in pod V with the same liquid.
35. We have never been given any hand sanitizer.
36. We were given masks for the first time two days ago.
37. As of two weeks ago, the guards have been wearing masks. Some of them wear jumpsuits made out of white paper when they enter certain pods.
38. A guard has checked my temperature approximately three times before I entered to work in the kitchen since the coronavirus outbreak. I have never had a fever.
39. There is currently one person in pod V who is displaying cold or flu symptoms. That person complains of his head hurting and coughs all night. He also said that he had a fever. His head hurts almost every day. He went to see the doctor, but was told that he just had the flu. He has been sick for about a week. There are three other people who share a cell with him. That person works in the kitchen with us. We are hoping that he does not have the virus. The virus is like a ticking time bomb.
40. There has been one other person who I believe was sick in pod V. He also displayed symptoms of a cold or flu.
41. The jail has told us that there is only one positive COVID-19 case, but it is my understanding that at least nine pods have been infected. I know this because some pods receive foam disposable plates and utensils, while others receive plastic plates. I believe that the pods that are receiving the foam disposable plates have an infection.
42. The guards told us to stay six feet apart, but it's not possible to keep six feet apart when we're inside or outside of our cells.

43. I'm really scared to be infected with COVID-19. I get all of my information from my wife and the news. I do not want to get infected. I want to return to my home. I do not want to die here.
44. I have seen in the news that there are positive cases here in CCA, but have not been told about any of them by the jail or guards.
45. I am concerned about why the guards are more protected when they enter certain pods and not others, and why they take disposable plates into certain pods.
46. The guards said there were rumors of 30 people who may have contracted the virus at CCA. But I think there may be more. The guards said that the jail could not perform COVID-19 tests on all of those people because it is too expensive. Those detainees were just told to gargle with salt water.
47. About one week ago, a new set of guards started working in pod V. We do not know why.
48. I am able to make calls to my wife and my attorney without any issues. I have to pay for the calls to my wife. I use the money that I make in the kitchen to pay for the telephone calls.
49. I am not scared to use my name in these proceedings and just want to help myself and others before the virus arrives to our pod.
50. If I get out, I can stay with my father-in-law, who lives in Fresno.

Mr. Lara gave me authority to sign his declaration and stated the above information is true and correct at approximately 7:13 PM on 4/14/2020.

Signed,

Armilla Staley-Ngomo