1 **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
2 **ROPES & GRAY LLP**
  Three Embarcadero Center
3 San Francisco, CA 94111
4 TELEPHONE: (415) 315-6300

5 **JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
6 **ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
  **HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
7 **ROPES & GRAY LLP**
8 1211 Avenue of the Americas
  New York, NY 10036-8704
9 Telephone: (212) 596-9000

10
   Counsel for Plaintiff-Petitioners
11 *Additional Counsel Listed on Following Page*

12

13              **UNITED STATES DISTRICT COURT**
14              **SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | Case No.: **'20CV0782 AJB BGS**<br><br>**DECLARATION OF MICHAEL JAMIL SMITH** |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569


*Application for *pro hac vice* forthcoming

**DECLARATION OF MICHAEL JAMIL SMITH**

1. I am 42 years old. I am from San Diego, and am a United States citizen.

2. I have high blood pressure, diabetes, and sleep apnea.

3. If released, I would live with my brother, in San Diego. My family will help me with a hotel room for a couple of weeks to quarantine.

4. I am in Q-Pod. I have been in Q-Pod since late February or early March 2020. I have been at CoreCivic since October 9th, 2019.

5. As of today, there are about 80 people in Q-Pod. At capacity, Q-Pod can hold about 120 people. During March 2020, the pod was much more crowded, around 100 people.

6. There is no social distancing because of how the pod is set up. The day room is small, like the size of a basketball court. The day room has 20 tables that are very close together. Each table is bolted to the ground and there are four stools around each table that are also bolted to the ground. The day room has shared phones, TVs, microwaves, a sink. Unless people are in the cell, they are in the day room. It is impossible to social distance in the day room.

7. Two people in my pod have tested positive for COVID-19. I think a lot of other people in the pod have it, including myself. I was tested for COVID-19 yesterday.

8. For most of March, the jail did not tell us anything about the disease or its symptoms. We learned about COVID-19 by watching the news, on television.

9. During March, many of us started to notice that people in the pod displayed symptoms. People were coughing, had chills, and were laid out in bed and could not get up. Sometimes the sick people went to medical and sometimes they were treated in the unit, by nurses. But the sick people always came right back to the pod.

10. We asked for COVID-19 tests, but the staff refused. They told us it was probably just flu. This was scary, because we know how COVID-19 spreads and were worried about getting sick and dying.
11. To see a nurse you sign up for sick call. You sign up in the morning and then a nurse meets with you at the nurse's station some time during the day. The nurses' station is in the front of the pod. At sick call, the nurse just takes your blood pressure, temperature, and weight, and asks about your symptoms. All they have is Tylenol, allergy pills, and Mucinex. The nurses can send you to the doctor. But after COVID-19 started, in order to go to the doctor, the nurses said you had to be really sick, like a very high temperature.
12. I had a real bad cough in mid-March and went to the nurse twice. They gave me Mucinex and ibuprofen.
13. Around April 3, 2020, the staff held a town-hall meeting in the pod. During a town-hall meeting, we all come out the day room and the unit managers talk to us. During a town-hall meeting, it is crowded and social distancing is not possible.
14. At the April 3, 2020 town-hall meeting, staff told us our pod was going on quarantine and that a staff member tested positive for COVID-19. The staff downplayed the threat of COVID-19 by telling us they were doing everything to prevent it. They said that the staff member who had COVID-19 had been quarantined.
15. The night of April 3, 2020, guards sent four people from the pod to medical. A few days later we had another town hall meeting, we found out that two people in the pod tested positive for COVID-19.
16. After the inmates tested positive, guards started wearing masks and nurses started wearing masks and protective gear, like plastic jumpsuits. Before the

positive tests, guards and nurses on the unit did not wear masks or other protective gear.

17. For a couple weeks before the positive tests, people were asking for masks, but could not get them. We asked for masks again after the positive tests, but the staff still said no. About a week and a half ago, they brought masks, but wanted us to sign a form in order to get the masks. I did not read the form, but heard it was some kind of waiver. People got angry and refused to sign. Later that night, the guards came back and gave out the masks.

18. We each get one mask. It is a surgical-type mask, white on one side, blue on the other. The mask is made of a vinyl-like material. You get one mask for the whole week. You cannot wash the mask, and if it got wet, it would be ruined.

19. April 3, 2020, they started bringing food to the pod. Before that, we walked to chow hall. To get to and from chow, you had to go through a sally port. The guards forced 20 to 25 of us into the sally port at one time. When there are that many people in the sally port, it is very crowded, almost shoulder-to-shoulder. There was no way to social distance in the sally port.

20. Now, to get our food, we have to line up in the pod. There line for food is not social distanced. People are lined up right behind you, like standing in line at a movie theatre. People eat in their cells or in the dayroom. Some people have their own cells, but not everyone.

21. Inmate porters are responsible for cleaning the pod. The cleaning solution provided is watered down. It seemed to get less watered down around the time people in the pod tested for COVID-19. Now we are cleaning every hour. The extra cleaning started around April 3, 2020. Before that, porters would just clean at night. During March 2020, some guards mentioned doing more cleaning, but it was voluntary and did not really happen.

22. We get a small shampoo and soap each week. We do hygiene in the cell, except for showering. There are 4 shower areas, with four shower heads in each one. The showers are separated by a curtain. You are only a couple feet apart from the other people when showering.

23. At a recent town-hall meeting, we asked for COVID-19 testing. The staff said, "Why do you want testing? There is nothing we can do anyway." People were upset about that because they want to know if they have COVID-19.

24. About a week ago, I started coughing and having a headache, and I could not smell or taste my food. I know these are symptoms of COVID-19. I initially did not sign up for sick call because the nurses were not doing anything other than Tylenol etc. and were telling us that they could not test us. Even if the nurses would send me to medical, going seemed pointless, because they were sending people back to the pod who had the same symptoms as me.

25. Starting Thursday April 16, 2020, our pod went on hunger strike to demand testing and better medical care. We just want to know if we have the disease. Until our strike, you had to be on your last legs to be tested – very high fever and bad cough. The hunger strike lasted until Saturday, April 18, 2020, and the staff agreed to more testing. I got tested for COVID-19 yesterday.

26. For the first month when all this started happening, the staff was not taking it seriously. They were lying to us about people being sick and downplaying how serious COVID-19 is. It is clear to me they were not prepared for COVID-19.

27. People are scared about are scared about speaking up because they fear relation by the staff. It bothers me that the staff pushes back against our concerns, which seem very legitimate. We just want to be told the truth about what is going on and to be safe.

 1
 2
 3  Gave me authority to sign saying this is true and correct, 10:36 A.M., 4/20/20, /s/
 4  *Aron Israelite*
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28