1 **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
2 **ROPES & GRAY LLP**
Three Embarcadero Center
3 San Francisco, CA 94111
4 Telephone: (415) 315-6300

5 **JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
6 **ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
7 **ROPES & GRAY LLP**
8 1211 Avenue of the Americas
New York, NY 10036-8704
9 Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | **Case No.:** '20CV0782 AJB BGS<br><br>**DECLARATION OF JOSE CRESPO-VENEGAS** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569


\*Application for *pro hac vice* forthcoming

# DECLARATION OF JOSE CRESPO-VENEGAS

1. My name is Jose Crespo-Venegas. I a.m. a 54-year-old man and have been detained by the United States Marshals Service since November 29, 2019. I have been detained at the Otay Mesa Detention Center since approximately December 13, 2019. Prior to that, I was detained at the Metropolitan Correction Center in San Diego for 15 days.

2. I am currently in pod V. I was originally in G pod. In March, the entire group of us in G pod was then moved to Q pod for one month. We were all then moved to V pod. We have been in V pod for the past approximately one and half months.

3. In G and Q pods there are 2 people in each cell. In V pod, there are 4 people in most cells. There are also about 4 cells that house 2 people each.

4. V pod is normally used for ICE inmates. But now we are housed here instead.

5. I sleep in a cell with 3 other people. My cell is about 4 meters by 4 meters. It is not possible to maintain 6 feet of social distance when we are in the cell. We are together in the cell for count, once in the morning and once in the afternoon, and from 10 p.m. – 9 a.m. when we are locked in for the night.

6. When we are outside of our cells, in the dining room and in the hall watching TVs, we are back-to-back-to-back, almost touching each other.

7. Nobody is going to the dining room. All of the meals are being delivered to the pods. Seven or eight pods are being served food on Styrofoam. plates, but my pod is still receiving food on plastic trays.

8. There are only two pods that are working. We work from 11 a.m. to 7 or 8 p.m. at night, six days a week. My hours in the kitchen used to only be from 10:00 a.m. to 2:30 p.m. daily. We are very tired, working in the kitchen.

9. I work in the kitchen and clean the pots and pans. We use soap and bleach to clean the pots and pans. I wear gloves, but because we are washing, the gloves quickly break. I also sometimes help the kitchen staff that cleans the plates and trays. We are all scared that the used plates and trays coming back to the kitchen that we are cleaning are contaminated.

10. I am afraid. We are hearing on the television that people are dying. So, I am afraid. People are getting sick, and we are not doctors. People get sick with the flu, or whatever they have, and they are just sent back to the unit. They are not checking people out well, they are not checking their symptoms. Somebody goes to the doctor, and then they are just sent back to the pod. I am worried that they will contaminate others when they come back.

11. There are 4 bathrooms and each have 4 showers in them. The showers are open from 6 a.m. to 9:45 p.m. and we can shower whenever we want. We receive a little white bar of soap whenever we ask. They also give us shampoo. You can also buy soap and shampoo in the commissary.

12. In the kitchen, they made me sign a paper when they gave me a mask. I didn't read the paper. I just signed it so that I could get a mask. I have also seen people in the dorms with masks. Others have used socks to try and create masks. Very few inmates wear masks.

13. Some of the COs wear masks, but not all of them. I believe they all wear gloves.

14. The common rooms and bathrooms are cleaned every night. After count, a few people are taken out of their cells to clean the whole pod. During the day, there are people cleaning the doors, railings, and tables.

15. We have, pretty much, the same guards every day, and they are still the same guards that we have always had in V pod.

16. If I were released, I could stay with my father in Playas de Tijuana. He has a house with room for me to self-isolate.

This declaration was read back to Mr. Crespo, he agreed that the foregoing is true and correct under penalty of perjury, and consented to my signing on his behalf at approximately 11:59 a.m. on 4/15/2020.

Signed,

Elana R. Fogel