1  **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
   **ROPES & GRAY LLP**
2  Three Embarcadero Center
3  San Francisco, CA 94111
   TELEPHONE: (415) 315-6300
4

5  **JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
   **ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
6  **HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
7  **ROPES & GRAY LLP**
   1211 Avenue of the Americas
8  New York, NY 10036-8704
9  Telephone: (212) 596-9000

10
   Counsel for Plaintiff-Petitioners
11 *Additional Counsel Listed on Following Page*

12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | **Case No.:** '20CV0782 AJB BGS<br><br>**DECLARATION OF NOE GONZALEZ-SOTO** |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

*Application for *pro hac vice* forthcoming

## DECLARATION OF NOE GONZALEZ-SOTO

1. My name is Noe Gonalez-Soto and I am 47 years old. I have been detained by the U.S. Marshals Service in the Otay Mesa Detention Center for about seven months.

2. I'm in pod T. There are about 62 of us in the pod. Some people get their own cells, but most don't. There are cells at the edge of a common space, and the common space is about the size of a basketball court, smaller than a soccer field. The cells are about two meters by three meters, or something like that. They're small.

3. We've been under quarantine for the last two weeks. That means we spend all of our time in the pod and we eat there. We can't leave at all. I have a cellmate and we sleep on bunkbeds.

4. There are 16 showers available in the pod. The showers are cleaned once a day in the night.

5. The inmates clean once at night. They get gloves to clean. Phones are cleaned every hour, but not between each person's call. There's a detainee in charge of doing it every hour. There are detainees who are wiping down door handles, door knobs, and doors and passageways every hour.

6. I have been sick recently. I had a very high fever about four days ago, for the next two days. My head hurt, and I was vomiting a lot. After the first night, in the morning, I told a nurse I was feeling ill. He said I had to fill out a paper so he could see me. I told him again I was feeling ill, and it wasn't until the following day that I was checked by a doctor who came to my pod. He checked my temperature and he checked my blood pressure and heart rate. He gave me ibuprofen and pepto bismol for my stomach.

7. The doctor told me that if I was still feeling symptoms in five days, they would do the coronavirus test on me. That didn't make sense to me. I wanted the test done then.

8. They told me to stay away from others, but that wasn't possible in my pod. I have a cellmate, and they didn't try to move me to a cell by my own. Because I work in the laundry, I deliver the laundry within the pod, and I've been doing that even while I'm sick, because it's my job. I give the laundry to every inmate in the pod every day Monday through Friday.

9. It's also hard to far enough away from other people in the pod. People start talking and play cards in the common rooms. When they watch TV, we watch together, and the TV is too small for us to space ourselves apart. The phones are about one meter apart, so when we use them it's hard to stay apart from other people.

10. When it's time to eat, the people who bring us the food are either COs or people from the pod, who leave the pod to get the food. When it's time to eat, they open our cells and we get out and stand in line to eat. It's not possible to have six feet between us in line. The people handing out food wear masks, gloves, and hats. There are tables in the unit and we eat at those tables. There's not enough space at the tables to eat two meters apart.

11. Today, I'm feeling better, but I still have this bad headache. I got some ibuprofen from some buddies here to help with the headache, and I put Vic's vapor rub on myself.

12. There's a lot of people who have a fever or cough. There were three guys who were sick enough to be taken to medical, and about another seven or so of us who were sick but stayed in the pod. Of the three guys taken away, one was taken yesterday and the other two were taken about two weeks ago.

13. We were told that the two guys taken two weeks ago were confirmed positive. We were told about the positive tests confirmed about a week ago.
14. The COs are the same ones every; there are three shifts, and in each shift there's just one CO. But during count, which happens three times a day, there are two COs; that second person rotates, so that person is different it seems like every day.
15. We get free soap when we ask, and that's it. It's a small bar soap, the one that comes wrapped in paper, like at a motel. It lasts about a day when you're washing your hands often.
16. They gave us masks about four days ago and everyone got one. Not everyone is using them now. They're like paper, and they break down pretty quickly. They only gave us one, and they said we'd have to make it last two weeks.
17. The guards wear masks.
18. There's a grievance procedure here; there's no paperwork, I think, but we just tell the counselor and they take it from there. I haven't used that procedure because the day I was ill, the counselor came to see me and said the doctors wouldn't see me that day. He said they were going to see me the next day. Several of us asked him for help, and we weren't being given help by the counselor. There were two more who were also there who asked for help and didn't get it.
19. When I was feeling ill, and standing in front of a nurse, and wanted help. But they wouldn't do it. I told the people around me that they were witnesses, and that if something happened to me, they would know why.
20. They check our temperatures once per day. But I don't know what my mine is, because they don't tell us. The day the nurse came and checked me, she said my temperature was a high, but otherwise, I don't know the exact temperature.

21. I don't have a place to stay in the U.S. But if I could go to Mexico, in Tijuana, I could self-isolate in my home there.
22. Right now, I'm scared and I'm frustrated. I'm afraid that something could happen to me in here. I'm afraid that I'll leave my wife and my children behind.

Gave me authority to sign saying this is true and correct, 10:26 AM, 4/15/20, /s/ Jessie Agatstein