1  **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
2  **ROPES & GRAY LLP**
   Three Embarcadero Center
3  San Francisco, CA 94111
   Telephone: (415) 315-6300
4

5  **JOAN MCPHEE**\* (NY SBN 2082246) (joan.mcphee@ropesgray.com)
   **ALEXANDER B. SIMKIN**\* (NY SBN 4463691) (alexander.simkin@ropesgray.com)
6  **HELEN GUGEL**\* (NY SBN 4910105) (helen.gugel@ropesgray.com)
7  **ROPES & GRAY LLP**
   1211 Avenue of the Americas
8  New York, NY 10036-8704
   Telephone: (212) 596-9000
9

10  Counsel for Plaintiff-Petitioners
    *Additional Counsel Listed on Following Page*
11

12
                    **UNITED STATES DISTRICT COURT**
13                  **SOUTHERN DISTRICT OF CALIFORNIA**
14

15  Jacinto Victor ALVAREZ, Joseph         Case No.: '20CV0782 AJB BGS
    BRODERICK, Marlene CANO, Jose
16  CRESPO-VENEGAS, Noe GONZALEZ-
    SOTO, Victor LARA-SOTO, Racquel        **DECLARATION OF RACQUEL**
17  RAMCHARAN, George RIDLEY,              **RAMCHARAN**
    Michael Jamil SMITH, Leopoldo
18  SZURGOT, Jane DOE, on behalf of
    themselves and those similarly situated.
19
                    Plaintiff-Petitioners,
20
          v.
21
    Christopher J. LAROSE, Senior Warden,
22  Otay Mesa Detention Center,

23  Steven C. STAFFORD, United States
    Marshal for the Southern District of
24  California,

25  Donald W. WASHINGTON, Director of
    the United States Marshal Service.
26

27                  Defendants-Respondents.

28

**MATTHEW VOGEL\*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

\*Application for *pro hac vice* forthcoming

# DECLARATION OF RACQUEL RAMCHARAN

1. My name is Racquel Ramcharan. I am a 23-year-old woman currently detained by the United States Marshals Service at the Otay Mesa Detention Center. I am a United States citizen. I have been detained here since October 24, 2019.

2. I am currently in Pod B. There are around 100 people in this pod.

3. I sleep in a cell with one other person. It would take me about three steps to get from one side of the cell to the other. We have bunk beds. It is not possible for me to stay six feet away from my cell mate.

4. There are nine showers in the pod, but only five people can use them at a time. There are three different shower sections and they only allow two at a time per shower section, with the last section only allowing one person at a time.

5. The showers are cleaned twice a day by inmates. They are given gloves, but not masks. The showers are not cleaned between uses, but only after lunch and after 10:00 p.m. count at night.

6. They don't really give us a lot of hygiene products. They give us two little bars of soap each per week. Otherwise, we have to buy it ourselves. They actually searched my room and took the soap they give us out of my room. They said it was extra/too much. I can't get hand sanitizer.

7. During the day, I can wash my hands either in my room or at a sink by the microwave. I have to use my own soap. Sometimes, people put a bar of soap by the sink by the microwave and a lot of people use it.

8. Lately at mealtimes, they have been bringing the food to us and we eat in our cells. They call out a few rooms to come out and grab their food, and then we go back into our cells to eat. We are not six feet away from each other as we stand in line to get our food.

9. We just were given face masks, not even a week ago. We had been asking the staff if we could have them for weeks. They had us sign a paper saying we were given face masks and we have the choice to wear them or not, but we were able to refuse to sign. A lot of people, including myself, refused to sign.
10. I have been wearing my mask regularly since I got it, but I take it off sometimes. For example, I am not usually wearing it in my room.
11. I was coughing and had mucus. I don't know how to determine if I am really sick because the symptoms are not consistent.
12. They just recently started taking our temperatures every other day or so. I have not had a fever. I asked to be seen by medical about two weeks ago. I was seen. I had a few questions, but they only allowed me to ask one and otherwise brushed me off. I asked if they would give me Tylenol or anything for pain, but then when I asked about my cough, they told me I could only be seen for one thing. I signed up for a sick call today, but they haven't called me yet.
13. I have seen other inmates in my pod who have symptoms. Some people have fevers or are coughing, but they stay in the pod and do not go to medical. They won't take anyone to medical unless they have a fever.
14. I filed a grievance about how they are not following procedures to keep us safe a couple of days ago. I have not gotten a response yet.
15. This morning, all the inmates in our pod were protesting at around 5 a.m. and no one would lock down/go into their cells. They brought the warden and had medical come explain why they send people back to our pod who have not been cleared for 14 days. They said if the person has had 3 days of no symptoms, she is cleared to come back to our pod. They said they are going to have a Marshal come talk to us and answer questions.

16. If I got out, I would be able to stay with my aunt who lives in San Diego, and she would be able to pick me up from the Otay Mesa Detention Center to take me to her home. My attorney Lauren Clark has my aunt's number. I would have a room to myself so that I could self-isolate, and I would be willing to self-isolate for 14 days.

Gave me authority to sign saying this is true and correct, 11:52 AM on 4/15/20 KST