**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
TELEPHONE: (415) 315-6300

**JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Plaintiff-Petitioners
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshal Service.<br><br>Defendants-Respondents. | Case No.: **'20CV0782 AJB BGS**<br><br>**DECLARATION OF MARLENE CANO** |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL*** (NY SBN 4406500) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**Z GABRIEL ARKLES*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

*Application for *pro hac vice* forthcoming

# DECLARATION OF MARLENE CANO

1. My name is Marlene Cano. I am a 33 year-old woman who is a United States citizen currently detained by the United States Marshals Service at the Otay Mesa Detention Center. I have been detained here since December 20, 2019.

2. I am currently in pod B. Everyone is sick here and everyone has symptoms. Some people have been taken to medical for a few days, but then they just come back.

3. I have heard that people who are detained by ICE are released, sometimes with ankle bracelets. But it seems like U.S. Marshal detainees are not released. People are begging to be released to go home.

4. This morning, we were trying to have our voices be heard by the U.S. Marshal because they don't listen to us. They told us that one of the Marshals is going to come today so they can hear us. We also asked for the news to come in to let them know what's going on. They told us they are not going to let any reporters or news come in here. That has never happened.

5. There are about 80 or 90 inmates in Pod B. I sleep in a cell with one cellmate in bunk beds. The cell is about 12 feet long and 10 feet across, which I measured with my own feet. It is not possible for me and my cellmate to stay six feet away from each other.

6. At mealtime, the meals are brought to our pod by inmates. They come on Styrofoam plates on a cart. They call out five or six cells at a time to line up to get the meals. We are able to keep a distance from each other when we get our plates. I bring my meal back to my cell to eat.

7. I work in the kitchen. About 30 of us are working at one time. We are provided new masks and new gloves each time we are working. I chop the food and cut the bread/cake. Sometimes, I am able to keep 6 feet away from

other workers, but sometimes I am not. For example, there is someone next to me when I'm chopping onions.

8. I am responsible for cleaning my area in the kitchen. I clean it every time I am done with a particular procedure. For example, when I am done cutting onions, I clean the area before cutting a pepper. I clean the area by wiping it down with a wet rag. We do not have any cleaning sprays in the kitchen.

9. The showers are available all day except 30 minutes before count time. There are about 9 showers in the pod, but only 4 work. The other 5 are blocked off. The showers are cleaned in the middle of the day and at nighttime, once everyone is locked down. They are cleaned by inmates who are wearing masks and gloves.

10. We are each given a tiny bar of soap once a week. I can get more bars of soap if I need it. I can't get liquid soap or hand sanitizer. Sometimes they even run out of the bars of soap.

11. They also often run out of toilet paper. About three weeks ago, I asked a correctional officer for a roll of toilet paper and she told me they ran out. She told me to use my sock. I got toilet paper a couple hours after that.

12. I can wash my hands in my room or in the day room of the pod next to the microwave. I would have to use the same bar of soap that I get for my showers. The sink in the day room has a bar of soap that everyone uses.

13. During the day, the day room is open but I am mostly in my cell. I stay in there because I do not feel protected with everyone sick and coughing. I can't tell everyone to cover their mouths. I do not feel safe.

14. About two weeks ago, I had body aches, sore throat, and a headache. I signed up for sick call and they just told me to drink water, try to do exercise, stay in my cell, and take ibuprofen. They told me it was all in my head. I tried to wash my hands and keep my distance and take care of myself.

15. They take my temperature every day. I have not had a fever.
16. Right now, I do not have a sore throat anymore, but I do have a cough. For 1-2 weeks, I have not had a sense of smell or taste.
17. I have tried to put in a sick call twice again, but they did not call me, so I gave up and just stay in my cell.
18. Today, everyone in Pod B signed up for a sick call. They told us every single one of us is going to be seen today.
19. I filed a grievance about 3 weeks ago, before they gave us the face masks. I was asking for the masks, hand sanitizer, and more soap. I just got a response, before we got the masks. It said they were doing their best and working on it for our safety. The response did not tell me how to appeal the decision. I have not written any other grievances, but we raised our concerns this morning.
20. We just got the masks about four days ago (Friday). They made us sign a paper saying we received the mask and to take care of it. It said something about them not being responsible if something happens to the face mask. They told us we're responsible for it and we can't ask for another one, I guess because they did not have anymore.
21. I have only gotten one mask. It is a cheap face mask. We told them it's not going to last forever when we breathe on it. They told us to take it off and wash them. I have not tried to wash mine because I am afraid it will come apart and they will not give me another one.
22. Some inmates are wearing the masks, but some are not.
23. If I got out, I would be able to stay with my mother and my three children (who are United States citizens) in Tijuana. I could also stay in Chula Vista with my friend Italy Ramirez. My attorney Lauren Clark has her phone

number. I would be willing to self-isolate for 14 days if I was released from custody.

Gave me authority to sign saying this is true and correct, 10:18 am on 4/15/20 KST