# TABLE OF CONTENTS

# LIST OF EXHIBITS

|  | Page |
|---|---|
| Ex. A - Excerpt from Ridley Motion for Review of Detention Order | 1 |
| Ex. B - Excerpt from Government Opposition to Ridley Motion | 4 |
| Ex. C - Excerpt from Kennedy Contested Joint Motion to Modify Release Order | 9 |
| Ex. D - Excerpt from Broderick Government Resp to Motion to Reconsider | 12 |
| Ex. E - Excerpt from Mayne Garcia Government Resp to Motion | 17 |
| Ex. F - Excerpt from Moreno Hernandez Contested Joint Motion for Release | 21 |
| Ex. G - Excerpt from Rocha Contested Joint Motion for Release | 24 |
| Ex. H - Excerpt from Rodriguez Government Resp to Appeal of Detention Order | 27 |
| Ex. I - Excerpt from Ruiz-Acosta Contested Joint Motion | 30 |
| Ex. J - Excerpt from Smith Government Resp to Motion for Bond | 34 |