# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, JOSE CRESPO-VENEGAS, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, MICHAEL JAMIL SMITH, LEOPOLDO SZURGOT, JANE DOE, on behalf of themselves and those similarly situated,<br><br>                Plaintiffs-Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                Defendants-Respondents. | Case No.:  20-cv-00782-DMS (AHG)<br><br>**ORDER CORRECTING MAY 9, 2020 ORDER** |

On May 9, 2020, the Court denied Plaintiffs' motion for temporary restraining order. (ECF No. 46).  On May 11, 2020, Defendants filed an ex parte application for correction of a typographical error in the May 9, 2020 Order.  (ECF No. 48).

The Court grants Defendants' ex parte motion and amends the May 9, 2020 Order to read: "Defendants do not concede Plaintiffs' factual allegations but contend the PLRA precludes this Court from issuing the relief Plaintiffs seek." An Amended Order denying Plaintiffs' motion for temporary restraining order will be filed consistent with the foregoing.

**IT IS SO ORDERED**.

Dated: May 12, 2020

Hon. Dana M. Sabraw
United States District Judge