**JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

Counsel for Plaintiff-Petitioners
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br><br>　　　　Plaintiff-Petitioners,<br><br>　　　　v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Donald W. WASHINGTON, Director of the United States Marshals Service.<br><br>　　　　Defendant-Respondents. | **Case No.** 3:20-cv-00782-DMS-AHG<br><br>**DECLARATION OF ATTORNEY JOAN MCPHEE IN SUPPORT OF PLAINTIFF-PETITIONERS' SUR-REPLY IN SUPPORT OF PLAINTIFF-PETITIONERS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL*** (LA SBN 35363) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**MITRA EBADOLAHI** (SBN 275157) (mebadolahi@aclusandiego.org)
**BARDIS VAKILI** (SBN 247783) (bvakili@aclusandiego.org)
**SARAH THOMPSON** (SBN 323188) (sthompson@aclusandiego.org)
**DAVID LOY** (SBN 229235) (davidloy@aclusandiego.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**GABRIEL ARKLES*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

*Admitted *pro hac vice* / application for admission *pro hac vice* forthcoming

# DECLARATION OF JOAN MCPHEE

I, Joan McPhee, hereby declare as follows:

1. I am an attorney licensed to practice in New York, Massachusetts, and Rhode Island. I am a partner at the law firm of Ropes & Gray LLP, counsel for Plaintiff-Petitioners in the above captioned action, and have been admitted *pro hac vice* to practice before this Court.

2. To the best of my knowledge and belief, and based on my discussion with colleagues, I understand the following to be true:

3. Attached hereto as Exhibit A is a true and correct copy of the sworn Supplemental Declaration of Robert L. Cohen, M.D., a board-certified medical doctor in the field of internal medicine and expert in the field of Correctional Medicine, dated May 31, 2020.

4. Attached hereto as Exhibit B is a true and correct copy of the sworn Supplemental Declaration of Kendra Drysdale, dated May 30, 2020.

5. Attached hereto as Exhibit C is a true and correct copy of the sworn Declaration of Francia Taberes, dated May 30, 2020.

6. Attached hereto as Exhibit D is a true and correct copy of the sworn Declaration of Jane Roe, dated May 30, 2020.

7. Attached hereto as Exhibit E is a true and correct copy of the sworn Declaration of Joe Martino, dated June 1, 2020.

8. Attached hereto as Exhibit F is a true and correct copy of the sworn Declaration of Prof. Judith Resnik, dated May 14, 2020.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: June 3, 2020      *s/ Joan McPhee*
                        Joan McPhee

| | |
|---|---|
| 1 | ROPES & GRAY LLP |
| 2 | 1211 Avenue of the Americas |
| 3 | New York, NY 10036 |
|   | (212) 596-9443 |
| 4 | Joan.McPhee@ropesgray.com |

McPhee Decl. ISO Mtn for Prelim Injunct & Provisional Class Cert    20cv00782

2