**Z GABRIEL ARKLES\*\*** (NY SBN 4391918) (garkles@aclu.org)
**CLARA SPERA\*** (NY SBN 5590229) (cspera@aclu.org)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10014
Telephone: (212) 549-2569

Counsel for Plaintiff-Petitioners
\* Admitted *pro hac vice*
\*\* Application for admission *pro hac vice* forthcoming

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, *et al*.<br><br>　　Plaintiff-Petitioners,<br><br>　　v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, *et al*.<br><br>　　Defendants-Respondents. | CASE NO. 3:20-cv-00782-DMS-AHG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL, CLARA SPERA** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　Please be advised that Clara Spera hereby withdraws as counsel for Plaintiffs in the above-captioned matter. Plaintiffs remain represented by their other attorneys of record and no substitution of counsel will therefore be necessary. Please remove Clara Spera from the docket as counsel of record.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: September 16, 2020 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
|  | **s/ Clara Spera**<br>CLARA SPERA |
|  | Attorney for Plaintiff-Petitioners |