

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

JACINTO VICTOR ALVAREZ, et al.

                  **Plaintiff,**

           V.

CHRISTOPHER J. LAROSE, et al.

                  **Defendant.**

FILED 09/18/2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Jocson, Deputy

Civil No.  20cv782 DMS (AHG)

### STRICKEN DOCUMENT:

ORDER GRANTING IN PART AND DENYING IN
PART PLAINTIFFS' MOTION FOR A RULE 34
SITE INSPECTION

### Per Order #   114

94