**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, JOSE CRESPO-VENEGAS, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, MICHAEL JAMIL SMITH, LEOPOLDO SZURGOT, JANE DOE, *on behalf of themselves and those similarly situated*,<br><br>　　　　　　　Plaintiffs-Petitioners,<br><br>vs.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, *et al.*,<br><br>　　　　　　　Defendants-Respondents. | NO. 3:20-cv-00782-DMS-AHG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONDENT LaROSE TO FILE RESPONSICE PLEADING(S) TO PLAINTIFFS-PETITIONERS' COMPLAINT – PETITION FOR WRIT OF HABEAS CORPUS AND INJUNCTIVE AND DECLARATORY RELIEF** |

Presently before the Court is Defendant-Respondent C. LaRose's Unopposed Motion for Extension of Time for Respondent Larose to File Responsive Pleading(s) to Plaintiffs-Petitioners' Complaint – Petition for Writ Of Habeas Corpus and Injunctive and Declaratory Relief

Good cause appearing, the Court **GRANTS** the Unopposed Motion for Extension of Time. Accordingly, Defendant-Respondent LaRose **SHALL FILE** his responsive pleading(s) to Plaintiffs-Petitioners' Complaint – Petition for Writ Of Habeas Corpus and Injunctive and Declaratory Relief on or before March 1, 2021.

**IT IS SO ORDERED.**

Dated: February 26, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court