1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, JOSE CRESPO-VENEGAS, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, MICHAEL JAMIL SMITH, LEOPOLDO SZURGOT, JANE DOE, *on behalf of themselves and those similarly situated*, <br><br>             Plaintiffs-Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, *et al.*,<br><br>             Defendants-Respondents. | Case No.: 3:20-cv-00782-DMS-AHG<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On February 22, 2021, two of the three Defendants-Respondents in this case, Donald Washington and Steven Stafford, filed their Answer to the Petitioners' Complaint. ECF No. 143. Defendant-Respondent Christopher LaRose's Answer is due by March 1, 2021. ECF No. 144. Accordingly, in its discretion, the Court finds it appropriate to **SET** a **telephonic**, **attorneys-only** Case Management Conference ("CMC") pursuant to Fed. R. Civ. P 16(b) for **March 19, 2021** at **1:30 p.m.** Counsel shall call the chambers teleconference line at **1- 877-873-8018** and use **8367902** as the access code to attend the CMC. At this time, the Court exercises its discretion not to set an Early Neutral Evaluation Conference in this case pursuant to CivLR 16.1(e)(1).

The Court orders the following to occur before the CMC:

1. The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **March 5, 2021**.

2. The parties must file a Joint Case Management Statement by **March 12, 2021**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf. Additionally, the parties shall address whether it would be appropriate or productive for the Court to schedule an Early Neutral Evaluation Conference in this case.

3. Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **March 17, 2021**.

IT IS SO ORDERED.

Dated: February 26, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge