UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, JOSE CRESPO-VENEGAS, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, MICHAEL JAMIL SMITH, LEOPOLDO SZURGOT, JANE DOE, *on behalf of themselves and those similarly situated*,<br><br>　　　　　　　　Plaintiffs-Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, *et al.*,<br><br>　　　　　　　　Defendants-Respondents. | Case No.: 3:20-cv-00782-DMS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING ADDITIONAL SETTLEMENT CONFERENCES; and**<br><br>**(2) EXTENDING DEADLINE TO SUBMIT DISPUTES REGARDING RULE 34 SITE INSPECTION PROTOCOL** |

The Court held continued settlement discussions at a second Early Neutral Evaluation ("ENE") in this matter on May 13, 2021 before Magistrate Judge Allison H. Goddard, for the purpose of discussing the parties' comments on Judge Goddard's Mediator's Proposal issued after the first ENE. ECF No. 163.

Although the parties have still not reached a settlement in this matter, the Court believes that progress has been made and that settlement may yet be attainable. Therefore, as discussed with the parties, the Court will hold two additional settlement conferences: First, the Court **SETS** a Settlement Conference with **counsel for Plaintiffs-Petitioners only** on **May 20, 2021** at **3:30 PM** before Judge Goddard, and a second Settlement Conference with **counsel for all parties** on **May 21, 2021** at **2:00 PM**. All conference discussions will be informal, off the record, and confidential. In connection with the conferences, it is **ORDERED:**

1. **Personal Attendance of Parties with Full Settlement Authority Excused Under Certain Circumstances:** All principal attorney(s) responsible for the litigation must attend the Settlement Conference(s) via video. Respondents are excused from personal attendance at the May 21 conference, so long as litigation counsel who attends the Settlement Conference on behalf of Respondents has primary responsibility for the litigation and is authorized to negotiate and recommend settlement offers to the government official(s) with ultimate settlement authority. The Court also excuses the requirement of personal appearance of the Petitioners at both conferences. All who attend must be legally and factually prepared to discuss and resolve the case.

2. **Appearances via Videoconference Required:** As before, the conferences will take place via videoconference, using the Court's official Zoom.gov account. The parties are instructed to refer to the Court's prior order setting the first ENE (ECF No. 156) for technical guidance regarding the use of Zoom. **The Court will send the Zoom invitation to all participants who attended the May 13 ENE.** No later than **May 18, 2021**, counsel must notify the Court at efile_goddard@casd.uscourts.gov of any change to the participant list for their client(s), and must provide the email addresses for

any additional participants.

3. **Extension of Deadline for Status Report re Inspection Protocol**: To facilitate continued settlement discussions, the Court **EXTENDS** the deadline for the parties to provide an updated status report to the Court regarding the Rule 34 site inspection protocols. If the parties continue to disagree regarding appropriate safety protocols, they must submit a status report to the Court at efile_goddard@casd.uscourts.gov no later than **May 28, 2021** outlining each side's proposal. Each side's proposal shall be limited to three pages.

**IT IS SO ORDERED.**

Dated:  May 14, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge