RANDY S. GROSSMAN
United States Attorney
BRETT NORRIS, Calif. Bar No. 224875
Deputy Chief, Civil Division
SAMUEL W. BETTWY, Calif. Bar No., 94918
Assistant United States Attorney
COLIN M. MCDONALD
Assistant U.S. Attorney
California Bar No.: 286561
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7620
Fax: (619) 546-7754
Email: brett.norris@usdoj.gov / Samuel.bettwy@usdoj.gov /
Colin.McDonald@usdoj.gov

Attorneys for the Federal Respondents

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, et al.,<br><br>Plaintiff-Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Defendant. | Case No.: 20cv0782-DMS-AHG<br><br>**NOTICE OF APPEARANCE and REMOVAL OF ATTORNEY** |

I, Colin M. McDonald, enter my appearance as counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case,

should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Colin M. McDonald

Samuel W. Bettwy

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Brett Norris

Paul L. Starita

Please call me if you have any questions about this notice.

DATED: December 16, 2022            Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

BRETT NORRIS
Deputy Chief, Civil Division
Assistant U.S. Attorney

 s/ Colin M. McDonald
COLIN M. MCDONALD
Assistant United States Attorney
Attorneys for the United States