**JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**MEGAN MCENTEE\*** (NY SBN 5295092) (megan.mcentee@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

Counsel for Plaintiff-Petitioners
*Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>        Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>        Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL** |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL***† (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

The Parties, by and through their respective counsel, jointly move, for good cause shown, to continue the hearing for this Court to hear Defendant-Respondents' Motion for Judgment on the Pleadings and For Dismissal for Lack of Subject Matter Jurisdiction (Dkt. No. 195), and joinder therein (Dkt. No. 196) (the "Hearing"), which is currently scheduled for January 6, 2023.

Having met and conferred the Parties agree and stipulate as follows:

1. The parties to *Alcantara et al v. Archambeault*, 3:20-cv-00756-DMS-AHG, a related litigation before this Court involving, like this case, claims by persons detained at the Otay Mesa Detention Center, sought and received from this Court a 30-day continuance for an upcoming hearing on a motion to dismiss in that matter, from January 6, 2023 to February 3, 2023. To promote judicial efficiency, the Parties jointly request the same continuance in this matter so the hearing dates in both matters are aligned.

Because the Parties agree on the above, they jointly ask this Court to continue the Hearing date to February 3, 2023, so that the motions in both cases are heard on the same date.

|    |                              |                                                      |
|----|------------------------------|------------------------------------------------------|
| 1  |                              | Respectfully submitted,                              |
| 2  |                              |                                                      |
| 3  |                              | **ROPES & GRAY LLP**                                 |
| 4  | DATED: December 20, 2022     | */s/ Alexander B. Simkin*                            |

**JOAN MCPHEE**
(joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**
(alexander.simkin@ropesgray.com)
**HELEN GUGEL**
(helen.gugel@ropesgray.com)
**MEGAN MCENTEE**
(megan.mcentee@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ**
(nicole.horowitz@ropesgray.com)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD**

**SIRINE SHEBAYA**
(sirine@nipnlg.org)
**MATTHEW VOGEL**
(matt@nipnlg.org)
2201 Wisconsin Ave, NW
Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
**(jmarkovitz@aclu-sdic.org)**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

*Attorneys for Plaintiff-Petitioners*

| | | |
|---|---|---|
| 1 | DATED: December 20, 2022 | RANDY S. GROSSMAN<br>United States Attorney |
| 2 | | |
| 3 | | */s/ Colin M. McDonald*<br>COLIN M. MCDONALD |
| 4 | | Assistant U.S. Attorney<br>*Attorneys for Defendant-Respondents* |
| 5 | | *Donald T. Washington, Director,*<br>*United States Marshals Service and* |
| 6 | | *Steven C. Stafford, United States*<br>*Marshal for the Southern District of* |
| 7 | | *California* |
| 8 | | **STRUCK LOVE BOJANOWSKI** |
| 9 | | **& ACEDO, PLC**<br>*/s/ Rachel Love* |
| 10 | | **Rachel Love** (*admitted pro hac vice*) |
| 11 | | **Jacob B. Lee** (*admitted pro hac vice*) |
| 12 | | 3100 West Ray Road Suite 300 |
| 13 | | Chandler, AZ  85226 USA |
| 14 | | (480) 420-1600<br>Rlove@strucklove.com |
| 15 | | jlee@strucklove.com<br>*Attorneys for Defendant LaRose* |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated: December 20, 2022

By: */s/ Alexander B. Simkin*
*Alexander B. Simkin*