# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated, Plaintiff-Petitioners, v. Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, Steven. C. STAFFORD, United States Marshal for the Southern District of California, Ronald L. DAVIS, Director of the United States Marshals Service. Defendant-Respondents. | Case No.: 3:20-cv-00782-DMS-AHG<br><br>ORDER ON JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR DISMISSAL |

1. On December 20, 2022, the parties filed a Joint Motion to Continue the Hearing for Defendant-Respondents' Motion for Judgment on the Pleadings and for Dismissal for Lack of Subject Matter Jurisdiction.  Good cause appearing, the Court **GRANTS** the Joint Motion in its entirety. The hearing for the abovementioned motions will be continued to Friday, February 3, 2023.

No other dates set by the Court shall be modified based on this Order.

IT IS ORDERED.

Dated:  December 21, 2022

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court

- 1 -

Case No: 20cv782