1  **JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
   **ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
2  **HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
   **MEGAN MCENTEE*** (NY SBN 5295092) (megan.mcentee@ropesgray.com)
3  **ROPES & GRAY LLP**
   1211 Avenue of the Americas
4  New York, NY 10036-8704
   Telephone: (212) 596-9000
5
   **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
6  **ROPES & GRAY LLP**
   Three Embarcadero Center
7  San Francisco, CA 94111
   Telephone: (415) 315-6300
8
   Counsel for Plaintiff-Petitioners
9  *Additional counsel listed on following page*

10           **UNITED STATES DISTRICT COURT**
11           **SOUTHERN DISTRICT OF CALIFORNIA**

12  Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.
              Plaintiff-Petitioners,

       v.

   Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,

   Steven C. STAFFORD, United States Marshal for the Southern District of California,

   Ronald L. Davis, Director of the United States Marshals Service.
              Defendant-Respondents.

**Case No.:** 3:20-cv-00782-DMS-AHG

**JOINT MOTION TO CONTINUE THE HEARING FOR DEFENDANT-RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR DISMISSAL**

**SIRINE SHEBAYA**\* (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL**\*† (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

\*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

The Parties, by and through their respective counsel, jointly move, for good cause shown, to continue the hearing for this Court to hear Defendant-Respondents' Motion for Judgment on the Pleadings and For Dismissal for Lack of Subject Matter Jurisdiction (Dkt. No. 195), and joinder therein (Dkt. No. 196) (the "Hearing"), which is currently scheduled for February 3, 2023.

Having met and conferred the Parties agree and stipulate as follows:

1. On January 18, 2023, counsel for Plaintiffs informed counsel for Defendants that counsel for Plaintiffs are considering with their clients whether to agree to a voluntary dismissal of this case, with each side to bear its own costs and fees. Such a dismissal would allow counsel and the Court to focus on the related case, *Alcantara v. Archambeault*, No. 3:20-cv-00756-DMS-AHG, which includes, like this case, claims by persons detained at the Otay Mesa Detention Center. Counsel for Plaintiffs requested a two-week extension in order to continue these discussions with their clients in this case.

2. On January 18 and 19, 2023, counsel for the parties agreed to a three-week extension to accommodate counsel's schedules.

Because the Parties request additional time in hopes of limiting the issues before the Court, they jointly ask this Court to continue the Hearing date from February 3, 2023, to February 24, 2023, or another similar date the Court deems appropriate.

| | |
|---|---|
| | Respectfully submitted, |
| | **ROPES & GRAY LLP** |
| DATED: January 19, 2023 | */s/ Alexander B. Simkin* |
| | **JOAN MCPHEE**<br>(joan.mcphee@ropesgray.com)<br>**ALEXANDER B. SIMKIN**<br>(alexander.simkin@ropesgray.com)<br>**HELEN GUGEL**<br>(helen.gugel@ropesgray.com)<br>**MEGAN MCENTEE**<br>(megan.mcentee@ropesgray.com)<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
| | **NICOLE HOROWITZ**<br>(nicole.horowitz@ropesgray.com)<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 315-6300 |
| | **NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD** |
| | **SIRINE SHEBAYA**<br>(sirine@nipnlg.org)<br>**MATTHEW VOGEL**<br>(matt@nipnlg.org)<br>2201 Wisconsin Ave, NW<br>Suite 200<br>Washington, DC 20007<br>Telephone: (617) 227-9727 |
| | **ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES** |
| | **JONATHAN PAUL MARKOVITZ**<br>(jmarkovitz@aclu-sdic.org)<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4187 |

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

*Attorneys for Plaintiff-Petitioners*

| | | |
|---|---|---|
| 1 | DATED: January 19, 2023 | RANDY S. GROSSMAN<br>United States Attorney |
| 2 | | |
| 3 | | /s/ Samuel Bettwy<br>COLIN M. MCDONALD<br>SAMUEL BETTWY<br>Assistant U.S. Attorney<br>*Attorneys for Defendant-Respondents Donald T. Washington, Director, United States Marshals Service and Steven C. Stafford, United States Marshal for the Southern District of California* |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** |
| 10 | | /s/ Rachel Love |
| 11 | | **Rachel Love** (*admitted pro hac vice*)<br>**Jacob B. Lee** (*admitted pro hac vice*)<br>3100 West Ray Road Suite 300<br>Chandler, AZ  85226 USA<br>(480) 420-1600<br>Rlove@strucklove.com<br>jlee@strucklove.com<br>*Attorneys for Defendant LaRose* |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

Joint Motion to Continue the Hearing for Defendant's Motion to Dismiss                    20cv00782

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated: January 19, 2023

By: */s/ Alexander B. Simkin*
    *Alexander B. Simkin*