**JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

Counsel for Plaintiff-Petitioners
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>      Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>      Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**PLAINTIFF-PETITIONERS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

133047909_3

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*†** (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

\*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard before Chief Judge Dana M. Sabraw at a date and time to be designated by Chief Judge Sabraw, of which Plaintiff-Petitioners will serve notice, Plaintiff-Petitioners hereby do move this Court for an order granting Plaintiff-Petitioners' Motion for Leave to File Documents Under Seal.

Plaintiff-Petitioners' motion is based on this Notice of Motion and Motion; the concurrently filed supporting Memorandum of Points and Authorities; on all papers, pleadings, records, and files in this case; on all matters of which judicial notice may be taken; and on such other argument and/or evidence as may be presented to this Court at a hearing on this motion.

Respectfully submitted,

**ROPES & GRAY LLP**

DATED: February 17, 2023         /s/ Alexander B. Simkin

**JOAN MCPHEE**
(joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**
(alexander.simkin@ropesgray.com)
**HELEN GUGEL**
(helen.gugel@ropesgray.com)

1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ**
(nicole.horowitz@ropesgray.com)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

| | |
|---|---|
| 1 | **NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD** |
| 2 | |
| 3 | **SIRINE SHEBAYA** (sirine@nipnlg.org) |
| 4 | **MATTHEW VOGEL** (matt@nipnlg.org) |
| 5 | 2201 Wisconsin Ave, NW Suite 200 |
| 6 | Washington, DC 20007 Telephone: (617) 227-9727 |
| 7 | |
| 8 | **ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES** |
| 9 | |
| 10 | **JONATHAN PAUL MARKOVITZ** |
| 11 | **(jmarkovitz@aclu-sdic.org)** P.O. Box 87131 |
| 12 | San Diego, CA 92138-7131 Telephone: (619) 398-4187 |
| 13 | |
| 14 | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| 15 | **JENNIFER WEDEKIND** |
| 16 | (jwedekind@aclu.org) 915 15th St. NW |
| 17 | Washington, DC 20005 Telephone: (202) 393-4930 |
| 18 | **KYLE VIRGIEN** |
| 19 | (kvirgien@aclu.org) 39 Drumm St. |
| 20 | San Francisco, CA 94111 Telephone: (202) 393-4930 |
| 21 | *Attorneys for Plaintiff-Petitioners* |