1   **JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
    **ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
2   **HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
    **ROPES & GRAY LLP**
3   1211 Avenue of the Americas
    New York, NY 10036-8704
4   Telephone: (212) 596-9000

5   **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
    **ROPES & GRAY LLP**
6   Three Embarcadero Center
    San Francisco, CA 94111
7   Telephone: (415) 315-6300

8   Counsel for Plaintiff-Petitioners
    *Additional counsel listed on following page*
9

10              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
11

12  Jacinto Victor ALVAREZ, Joseph           **Case No.:** 3:20-cv-00782-DMS-AHG
    BRODERICK, Marlene CANO, Jose
13  CRESPO-VENEGAS, Noe                      **MEMORANDUM OF POINTS AND**
    GONZALEZ-SOTO, Victor LARA-              **AUTHORITIES IN SUPPORT OF**
14  SOTO, Racquel RAMCHARAN,                 **PLAINTIFF-PETITIONERS'**
    George RIDLEY, Michael Jamil             **MOTION FOR LEAVE TO FILE**
15  SMITH, Leopoldo SZURGOT, Jane            **DOCUMENTS UNDER SEAL**
    DOE, on behalf of themselves and
16  those similarly situated.
            Plaintiff-Petitioners,
17
            v.
18
    Christopher J. LAROSE, Senior
19  Warden, Otay Mesa Detention Center,

20  Steven C. STAFFORD, United States
    Marshal for the Southern District of
21  California,

22  Ronald L. Davis, Director of the
    United States Marshals Service.
23          Defendant-Respondents.

24

25

26

27

28

**SIRINE SHEBAYA**\* (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL**\*† (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT**
**OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788


**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930


\*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

**INTRODUCTION**

Plaintiff-Petitioners' Counsel have moved to withdraw from representing Mr. Crespo-Venegas and Mr. Michael Jamil Smith.  Concurrent with the filing of the Motion to Withdraw and this Motion for Leave to File Documents Under Seal, Plaintiff-Petitioners have also filed a Joint Motion to Dismiss. Plaintiff-Petitioners' Counsel's Motion to Withdraw is based on Counsel's inability to contact two of the Plaintiff-Petitioners to obtain their consent to the Joint Motion to Dismiss.

Plaintiff-Petitioners' Counsel have filed declarations in support of that motion that contain personally identifying information, including email addresses and phone numbers. The undersigned thus moves for permission to file this information under seal while filing redacted versions of its motion papers on the public docket, in order to protect the privacy of Mr. Crespo-Venegas and Mr. Smith, and their families.

**ARGUMENT**

The Court should permit Plaintiff-Petitioners' Counsel to file on the public docket redacted versions of its motion papers containing Mr. Crespo-Venegas and Mr. Smith's personally identifying information.  Plaintiff-Petitioners' Counsel have submitted these minimally redacted versions of the declarations of Kyle Virgien and Matthew S. Vogel in support of their Motion to Withdraw Representation of Jose Crespo-Venegas and Michael Jamil Smith by Plaintiff-Petitioners' Counsel. Plaintiff-Petitioners' Counsel will submit the unredacted versions to the Court's ECF system, to be filed provisionally under seal until the Court can rule on this motion. *See* Fed. R. Civ. Pro. 5.2(d), (f).

When a party seeks to file a document only "tangentially related to the merits of a case," particularly when that document concerns a nondispositive motion, a showing of "good cause" will allow a party to shield all or portions of that document from public view. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). The right of public access to judicial records is not absolute.

*Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006); *San Jose Mercury News, Inc. v. U.S. Dist. Court—N. Dist. (San Jose)*, 187 F.3d 1096, 1102 (9th Cir. 1999). While a party seeking to file under seal for a dispositive motion must show "compelling reasons" for nondisclosure, that same presumption does not apply to nondispositive motions. *Kamakana*, 447 F.3d at 1179. Records attached to nondispositive motions are "often unrelated, or only tangentially related, to the underlying cause of action," and the policies that underlie the need for access to dispositive motions carry less weight when a nondispositive motion is considered. *Id.* (internal quote marks omitted). *See also* Fed. R. Civ. Pro. 26(c) (noting that a showing of "good cause" will support "any order . . . require[d] to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense).

Good cause exists to redact and seal the personally identifying information of the Plaintiff-Petitioners and their family members. Plaintiff-Petitioners' personal information serves no meaningful public purpose, and preventing disclosure of that information will protect them and their families from annoyance, embarrassment, and undue burden. *See, e.g., Bofi Fed. Bank v. Erhart*, No. 15-CV-02353-BAS(NLS), 2016 WL 4595536, at *3 (S.D. Cal. June 22, 2016) (finding good cause to seal communications that disclosed a party's personal information).

## **DEFNDANT-RESPONDENTS' POSITION ON THE MOTION**

Plaintiff-Petitioners' Counsel conferred with Defendant-Respondents prior to filing this motion. Defendant-Respondents informed Plaintiff-Petitioners' Counsel that they have no objection to this motion.

## **CONCLUSION**

For the foregoing reasons, the Court should grant Plaintiff-Petitioners' motion to file on the public docket its moving papers with redactions to Plaintiff-Petitioners' and their families' personally identifying information and to file unredacted versions of the same under seal.

1

Respectfully submitted,

2

3

**ROPES & GRAY LLP**

4

DATED: February 17, 2023

*/s/ Alexander B. Simkin*

5

6

**JOAN MCPHEE**
(joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**
(alexander.simkin@ropesgray.com)
**HELEN GUGEL**
(helen.gugel@ropesgray.com)

7

8

9

1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

10

11

**NICOLE HOROWITZ**
(nicole.horowitz@ropesgray.com)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

12

13

14

**NATIONAL IMMIGRATION
PROJECT OF THE NATIONAL
LAWYERS GUILD**

15

16

**SIRINE SHEBAYA**
(sirine@nipnlg.org)
**MATTHEW VOGEL**
(matt@nipnlg.org)
2201 Wisconsin Ave, NW
Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

17

18

19

20

21

**ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL
COUNTIES**

22

23

**JONATHAN PAUL
MARKOVITZ
(jmarkovitz@aclu-sdic.org)**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

24

25

26

27

28

1

2

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

*Attorneys for Plaintiff-Petitioners*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28