**JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

Counsel for Plaintiff-Petitioners
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated. | **Case No.:** 3:20-cv-00782-DMS-AHG |
|      Plaintiff-Petitioners, | **NOTICE OF MOTION AND MOTION TO WITHDRAW REPRESENTATION OF JOSE CRESPO-VENEGAS AND MICHAEL JAMIL SMITH BY PLAINTIFF-PETITIONERS' COUNSEL** |
|      v. | |
| Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, | |
| Steven C. STAFFORD, United States Marshal for the Southern District of California, | |
| Ronald L. Davis, Director of the United States Marshals Service. | |
|      Defendant-Respondents. | |

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL***† (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT**
**OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788


**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930


*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

## INTRODUCTION

Plaintiff-Petitioners' counsel of record respectfully seek leave of court to withdraw from representing Jose Crespo-Venegas and Michael Jamil Smith. Despite diligent attempts set forth herein, Plaintiff-Petitioners' attorneys have, since January 18, 2023, and January 30, 2023, respectively, been unable to make contact with or locate Mr. Crespo-Venegas and Mr. Smith. Plaintiff-Petitioners' attorneys cannot now determine whether they consent to the Joint Motion to Dismiss, also filed today. Accordingly, Plaintiff-Petitioners' counsel seek to withdraw from representing them in this action.

## STANDARD OF REVIEW

A lawyer may withdraw from representation if "the client . . . renders it unreasonably difficult for the lawyer to carry out the representation effectively," or "the lawyer believes in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal." Cal. C.P.R. 1.16. *See also Garrett v. Ruiz*, No. 11-CV-2540-IEG WVG, 2013 WL 163420, at *2 (S.D. Cal. Jan. 14, 2013) (noting that the district's local rules "incorporate the standards of professional conduct required by members of the State bar of California[,] which . . . allow withdrawal where a client's 'conduct renders it unreasonably difficult for the member to carry out the employment effectively.'"). An attorney seeking withdrawal must obtain consent of the court. *Lovvorn v. Johnston*, 118 F.2d 704, 706 (9th Cir. 1941). The attorney must file a motion to withdraw and serve that motion "on the adverse party and on the moving attorney's client." S.D. Cal. Civ. R. 83.3(f)(3). The attorney must also file a declaration of that service. *Id.*

## ARGUMENT

As set forth in the attached declarations of Alexander B. Simkin, Kyle Virgien, and Matthew S. Vogel, Plaintiff-Petitioners' counsel have made repeated efforts to communicate with Mr. Crespo-Venegas and Mr. Smith. *See* Declaration

of Alexander B. Simkin, Exh. 1 to this motion, Declaration of Kyle Virgien, Exh. 2, and Declaration of Matthew S. Vogel, Exh. 3. Withdrawal is appropriate because of counsel's inability to communicate with Mr. Crespo-Venegas and Mr. Smith. Indeed, as set forth in Exhibits 1-3, despite diligent efforts, counsel has been unable to obtain a phone number, mailing address or other physical location, or any other means of directly contacting Mr. Crespo-Venegas or Mr. Smith. Counsel was informed by immediate family members of Mr. Crespo-Venegas that he lacks a telephone or physical address. Counsel's repeated attempts to reach Mr. Crespo-Vegas through these same family members were unproductive. *See* Virgien Decl., Exh. 2. Counsel was unable to locate any direct contact information for Mr. Smith through searches of public records databases. Mr. Smith's former federal defender provided counsel with contact information for two members of Mr. Smith's immediate family, but multiple efforts to reach them were unsuccessful. *See* Vogel Decl., Exh 3. Searches conducted by counsel of public records database Lexis Accurint yielded no useful information. *See* Simkin Decl., Exh 1. The lack of any means to contact Mr. Crespo-Venegas and Mr. Smith directly is also good cause to excuse this Court's requirement that a notice of withdrawal be served on the moving party's client. S.D. Cal. Civ. R. 83.3(f)(3).

Neither of these individuals have advised counsel of their intention to retain new counsel or proceed pro se. Plaintiff-Petitioners' counsel therefore cannot advise the Court on how they wish to proceed and instead seek to withdraw as their counsel in accordance with federal, state, and local rules. *See, e.g., Vanegas v. United States,* No. 08-CV-226-MMA BGS, Doc. No. 47 (S.D. Cal. Aug. 23, 2010) (granting a motion to withdraw because client did not respond for several weeks to counsel's "repeated attempts to meet and confer"); *Arch Ins. Co. v. Sierra Equip. Rental, Inc.*, No. 212-CV-00617-KJM-KJN, 2016 WL 11671644, at *3 (E.D. Cal. Apr. 15, 2016) (granting a motion to withdraw where counsel made "diligent and reasonable" but ultimately futile efforts to contact the client).

**DEFNDANT-RESPONDENTS' POSITION ON THE MOTION**

As required by S.D. Cal. Civ. R. 83.3(f)(3), a notice of this motion has been served on opposing counsel. *See* Simkin Decl., Exh. 1. Plaintiff-Petitioners' Counsel also conferred with Defendant-Respondents prior to filing this motion. Defendant-Respondents informed Plaintiff-Petitioners' Counsel that they do not object to this motion.

**CONCLUSION**

For the reasons stated above and in the attached declarations, Plaintiff-Petitioners' counsel requests that the Court grant their motion to withdraw from representing Mr. Crespo-Venegas and Mr. Smith. If the Court requests more information, Plaintiff-Petitioners' counsel request an *ex parte* conference with the Court to preserve attorney-client privilege.

1

2

3

4          DATED: February 17, 2023

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**ROPES & GRAY LLP**

*/s/ Alexander B. Simkin*

**JOAN MCPHEE**
(joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**
(alexander.simkin@ropesgray.com)
**HELEN GUGEL**
(helen.gugel@ropesgray.com)

1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ**
(nicole.horowitz@ropesgray.com)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**NATIONAL IMMIGRATION
PROJECT OF THE NATIONAL
LAWYERS GUILD**

**SIRINE SHEBAYA**
(sirine@nipnlg.org)
**MATTHEW VOGEL**
(matt@nipnlg.org)
2201 Wisconsin Ave, NW
Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**ACLU FOUNDATION OF SAN
DIEGO & IMPERIAL
COUNTIES**

**JONATHAN PAUL
MARKOVITZ**
**(jmarkovitz@aclu-sdic.org)**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES
UNION FOUNDATION**

**JENNIFER WEDEKIND**

---

Motion to Withdraw Representation                                          20cv00782

(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

*Attorneys for Plaintiff-Petitioners*

Motion to Withdraw Representation                                        20cv00782