1  **JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
   **ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
2  **HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
   **ROPES & GRAY LLP**
3  1211 Avenue of the Americas
   New York, NY 10036-8704
4  Telephone: (212) 596-9000

5  **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
   **ROPES & GRAY LLP**
6  Three Embarcadero Center
   San Francisco, CA 94111
7  Telephone: (415) 315-6300

8  Counsel for Plaintiff-Petitioners
   *Additional counsel listed on following page*
9

10  **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>        Plaintiff-Petitioners,<br><br>        v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>        Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**DECLARATION OF ALEXANDER B. SIMKIN IN SUPPORT OF MOTION TO WITHDRAW REPRESENTATION OF JOSE CRESPO-VENEGAS AND MICHAEL JAMIL SMITH BY PLAINTIFF-PETITIONERS' COUNSEL** |

1  **SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
   **MATTHEW VOGEL*†** (LA SBN 35363) (matt@nipnlg.org)
2
   **NATIONAL IMMIGRATION PROJECT**
3  **OF THE NATIONAL LAWYERS GUILD**
   2201 Wisconsin Ave, NW, Suite 200
4  Washington, DC 20007
   Telephone: (202) 656-4788
5

6  **ACLU FOUNDATION OF SAN DIEGO &**
   **IMPERIAL COUNTIES**
7
   **JONATHAN PAUL MARKOVITZ**
8  (jmarkovitz@aclu-sdic.org)
   P.O. Box 87131
9  San Diego, CA 92138-7131
   Telephone: (619) 398-4187
10
   **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
11
   **JENNIFER WEDEKIND**
12 (jwedekind@aclu.org)
   915 15th St. NW
13 Washington, DC 20005
   Telephone: (202) 393-4930
14
   **KYLE VIRGIEN**
15 (kvirgien@aclu.org)
   39 Drumm St.
16 San Francisco, CA 94111
   Telephone: (202) 393-4930
17

18 *Admitted *pro hac vice*
   † Not admitted in D.C.; working remotely
19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ALEXANDER SIMKIN

I, Alexander B. Simkin, hereby declare as follows:

1. I am an attorney licensed to practice in New York. I am a Partner with the law firm of Ropes & Gray LLP, counsel for Plaintiff-Petitioners in the above captioned action, and have been admitted pro hac vice to practice before this Court.

2. To the best of my knowledge and belief, and based on my discussion with colleagues, I understand the following to be true:

3. Jose Crespo-Venegas and Michael Jamil Smith participated as plaintiffs in the litigation captioned *Alvarez v. LaRose,* Docket No. 3:20-cv-00782 (S.D. Cal. Apr 25, 2020), in 2020 and early 2021, including by submitting declarations on April 25, 2020. ECF Nos. 1-10 and 1-11.

4. On January 18, 2023, Ropes & Gray attorney Megan McEntee arranged for public records searches to be conducted to identify methods of contacting Mr. Crespo-Venegas. These searches were conducted by Ropes & Gray staff using Lexis Accurint. These searches yielded no new information.

5. On February 7, 2023, Ropes & Gray attorneys Natasa Siveski and Megan Lenz arranged for public records searches to be conducted to identify methods of contacting Mr. Smith. These searches were conducted by Ropes & Gray staff using Lexis Accurint. These searches yielded no new information.

6. On February 17, 2023, I caused a copy of the Motion to Withdraw to be served on Defendant-Respondents' counsel.

I declare under penalty of perjury that the forgoing is true and correct.

DATED: February 17, 2023         /s/ Alexander B. Simkin
                                 Alexander B. Simkin
                                 ROPES & GRAY LLP
                                 1211 Avenue of the Americas
                                 New York, NY 10036
                                 (212) 596-9744
                                 alexander.simkin@ropesgray.com

Decl. of Alexander B. Simkin ISO Motion to Withdraw Representation         20cv00782