1  **JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
   **ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
2  **HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
   **ROPES & GRAY LLP**
3  1211 Avenue of the Americas
   New York, NY 10036-8704
4  Telephone: (212) 596-9000

5  **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
   **ROPES & GRAY LLP**
6  Three Embarcadero Center
   San Francisco, CA 94111
7  Telephone: (415) 315-6300

8  Counsel for Plaintiff-Petitioners
   *Additional counsel listed on following page*
9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>    Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>    Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**DECLARATION OF KYLE VIRGIEN IN SUPPORT OF MOTION TO WITHDRAW REPRESENTATION OF JOSE CRESPO-VEGAS AND MICHAEL JAMIL SMITH BY PLAINTIFF-PETITIONERS' COUNSEL** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*†** (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT**
**OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

\*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

**DECLARATION OF KYLE VIRGIEN**

I, Kyle Virgien, hereby declare as follows:

1. I am an attorney licensed to practice in California. I am a Senior Staff Attorney with the American Civil Liberties Union Foundation, counsel for Plaintiff-Petitioners in the above captioned action, and am admitted to practice before this Court.

2. To the best of my knowledge and belief, I understand the following to be true:

3. Jose Crespo-Venegas participated as a plaintiff in the litigation captioned *Alvarez v. LaRose,* Docket No. 3:20-cv-00782 (S.D. Cal. Apr 25, 2020), in 2020, including by submitting a declaration on April 25, 2020. ECF No. 1-11.

4. I attempted to make contact with Mr. Crespo-Venegas beginning on January 17, 2023. On that date, I contacted his former Federal Defender to request updated contact information. Mr. Crespo-Venegas's former Federal Defender had no contact information for Mr. Crespo-Venegas, but she provided me with contact information for his sister Veronica Crespo-Venegas (███████████████ ███████ and brother Sam Crespo-Venegas (███████████). I contacted Veronica Crespo-Venegas by email on January 18, 2023.

5. On January 23, 2023, I reached out to Mr. Crespo-Venegas's brother by text message at the telephone number listed above. I have not received a response to this text message.

5. Veronica Crespo-Venegas responded to my email on January 23, 2023, and asked that I call her. I responded by email on January 24, 2023, to provide her with my phone number as well. That same day, I left a voicemail with her and then spoke with her by phone. She informed me that Mr. Crespo-Venegas is living in Mexico, with no physical address or telephone. She also provided me with a telephone number for Maria Crespo-Venegas (███████████), Mr. Crespo-

Venegas's sister, who was in more frequent communication with Mr. Crespo-Venegas.

6. On January 24, 2023, I left a voicemail for Maria Crespo-Venegas. The following day, I exchanged text messages with her and we spoke on the phone. Maria Crespo-Venegas confirmed that Mr. Crespo-Venegas is in Mexico and has no physical address or telephone. She stated that Mr. Crespo-Venegas will occasionally contact her using other people's telephones, and that if he were to contact her, she would notify me, provide my contact information to Mr. Crespo-Venegas, and ask him to contact me. I have not received any communication from Mr. Crespo-Venegas. Nor have I received any indication from Maria Crespo-Venegas that she has since been contacted by Mr. Crespo-Venegas.

I declare under penalty of perjury that the forgoing is true and correct.

February 17, 2023                               /s/ Kyle Virgien