| | |
|---|---|
| 1 | **JOAN MCPHEE\*** (NY SBN 2082246) (joan.mcphee@ropesgray.com) |
| 2 | **ALEXANDER B. SIMKIN\*** (NY SBN 4463691) (alexander.simkin@ropesgray.com) |
|   | **HELEN GUGEL\*** (NY SBN 4910105) (helen.gugel@ropesgray.com) |
|   | **ROPES & GRAY LLP** |
| 3 | 1211 Avenue of the Americas |
|   | New York, NY 10036-8704 |
| 4 | Telephone: (212) 596-9000 |
| 5 | **NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com) |
|   | **ROPES & GRAY LLP** |
| 6 | Three Embarcadero Center |
|   | San Francisco, CA 94111 |
| 7 | Telephone: (415) 315-6300 |
| 8 | Counsel for Plaintiff-Petitioners |
|   | *Additional counsel listed on following page* |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>    Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>    Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**DECLARATION OF MATTHEW S. VOGEL IN SUPPORT OF MOTION TO WITHDRAW REPRESENTATION OF JOSE CRESPO-VEGAS AND MICHAEL JAMIL SMITH BY PLAINTIFF-PETITIONERS' COUNSEL** |

**SIRINE SHEBAYA\*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL\*†** (LA SBN 35363) (matt@nipnlg.org)

**NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

**ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
(jmarkovitz@aclu-sdic.org)
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

\*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

# DECLARATION OF MATTHEW S. VOGEL

I, Matthew S. Vogel, hereby declare as follows:

1. I am an attorney licensed to practice in Louisiana. I am a Supervising Attorney with the National Immigration Project of the National Lawyers Guild, counsel for Plaintiff-Petitioners in the above captioned action, and have been admitted pro hac vice to practice before this Court.

2. To the best of my knowledge and belief, I understand the following to be true:

3. Michael Jamil Smith participated as a plaintiff in the litigation captioned *Alvarez v. LaRose,* Docket No. 3:20-cv-00782 (S.D. Cal. Apr 25, 2020), in 2020, including by submitting a declaration on April 25, 2020. ECF No. 1-10.

4. I attempted to make contact with Mr. Smith beginning on January 19, 2023. On that date, I contacted his former Federal Defender's office to request updated contact information. Mr. Smith's former Federal Defender's office had no contact information whatsoever for Mr. Smith, but provided me with telephone numbers for his brother Deshone Smith (███████████) and grandmother (no name provided; ███████████).

5. On January 30, 2023, I called Mr. Smith's brother at the telephone number listed above. I received an automated message from the telephone carrier that the wireless customer was not available. There was no option to leave a voicemail. I called this number back on February 10, 2023, February 15, 2023, and February 16, 2023. Each time, I got the same automated message and each time I was unable to leave a voicemail.

6. On January 30, 2023, I also called Mr. Smith's grandmother at the telephone number listed above. I received only a fast busy signal. I called this number back on February 10, 2023, February 15, 2023, and February 16, 2023. Each time, I got the same fast busy signal.

7. On February 10, 2023 and February 16, 2023, I contacted Mr. Smith's brother and grandmother by text message to the telephone numbers listed above. I identified myself and my connection to Mr. Smith and asked them to call me. I have not received any response to these text messages, by either text message or phone call.

I declare under penalty of perjury that the forgoing is true and correct.

February 17, 2023                         /s/ Matthew S. Vogel

Decl. of Matthew S. Vogel ISO Motion to Withdraw Representation             20cv00782