# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>　　　　　Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis,[1] Director of the United States Marshals Service.<br>　　　　　Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**JOINT MOTION TO DISMISS THE CLAIMS OF PLAINTIFF-PETITIONERS JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, LEOPOLDO SZURGOT, AND JANE DOE** |

---

[1] Ronald L. Davis succeeded Donald W. Washington as Director of the United States Marshals Service on April 12, 2021. Accordingly, Director Davis is "automatically substituted" in place of former Director Washington pursuant to Fed. R. Civ. P. 25(d).

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff-Petitioners Jacinto Victor Alvarez, Joseph Broderick, Marlene Cano, Noe Gonzalez-Soto, Victor Lara-Soto, Racquel Ramcharan, George Ridley, Leopoldo Szurgot, and Jane Doe and Defendant-Respondents Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center; Steven C. Stafford, United States Marshal for the Southern District of California; and Ronald L. Davis, Director of the United States Marshals Service, by and through their counsel, jointly move to dismiss the claims in the Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief (the "Action") filed by Plaintiff-Petitioners on April 25, 2020 without prejudice as to Plaintiff-Petitioners Jacinto Victor Alvarez, Joseph Broderick, Marlene Cano, Noe Gonzalez-Soto, Victor Lara-Soto, Racquel Ramcharan, George Ridley, Leopoldo Szurgot, and Jane Doe. Dismissal is proper because all the above-named parties agree that dismissal is the appropriate course of action.[2] Each side will bear its own fees and costs in connection with the Action.

**ROPES & GRAY LLP**

DATED: February 17, 2023            /s/ Alexander B. Simkin

---

[2] The result of this motion would leave two named Plaintiff-Petitioners remaining in this action, Jose Crespo-Venegas and Michael Jamil Smith. However, that is not because those Plaintiff-Petitioners have an expectation of carrying on this litigation or of opposing the pending motion for judgment on the pleadings. Rather, as outlined in a separate motion to withdraw, counsel for Mr. Crespo-Venegas and Mr. Smith has been unable to contact them to obtain approval to dismiss their claims in this joint motion.

**JOAN MCPHEE**
(joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**
(alexander.simkin@ropesgray.com)
**HELEN GUGEL**
(helen.gugel@ropesgray.com)
**MEGAN MCENTEE**
(megan.mcentee@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ**
(nicole.horowitz@ropesgray.com)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD**

**SIRINE SHEBAYA**
(sirine@nipnlg.org)
**MATTHEW VOGEL**
(matt@nipnlg.org)
2201 Wisconsin Ave, NW
Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

**ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES**

**JONATHAN PAUL MARKOVITZ**
**(jmarkovitz@aclu-sdic.org)**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.

| | |
|---|---|
| 1 | San Francisco, CA 94111<br>Telephone: (202) 393-4930 |
| 2 | *Attorneys for Plaintiff-Petitioners* |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | DATED: February 17, 2023 | RANDY S. GROSSMAN<br>United States Attorney |
| 2 | | |
| 3 | | */s/ Colin M. McDonald*<br>COLIN M. MCDONALD |
| 4 | | Assistant U.S. Attorney<br>*Attorneys for Defendant-Respondents* |
| 5 | | *Donald T. Washington, Director,*<br>*United States Marshals Service and* |
| 6 | | *Steven C. Stafford, United States*<br>*Marshal for the Southern District of* |
| 7 | | *California* |
| 8 | | **STRUCK LOVE BOJANOWSKI** |
| 9 | | **& ACEDO, PLC** |
| 10 | | */s/ Rachel Love*<br>**Rachel Love** (*admitted pro hac vice*) |
| 11 | | **Jacob B. Lee** (*admitted pro hac vice*) |
| 12 | | 3100 West Ray Road Suite 300 |
| 13 | | Chandler, AZ  85226 USA<br>(480) 420-1600 |
| 14 | | Rlove@strucklove.com |
| 15 | | jlee@strucklove.com<br>*Attorneys for Defendant LaRose* |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

Dated: February 17, 2023

By: */s/ Alexander B Simkin*
　　*Alexander B. Simkin*

Joint Motion to Dismiss　　　　　　　　　　　　　　　　　　　　　　　　　　20cv00782