# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>       Plaintiff-Petitioners,<br><br>       v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>       Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**ORDER GRANTING MOTION TO WITHDRAW REPRESENTATION OF JOSE CRESPO-VENEGAS AND MICHAEL JAMIL SMITH BY PLAINTIFFS-PETITIONERS' COUNSEL** |

Presently before the Court is the Motion to Withdraw as Counsel for Plaintiff-Petitioners Jose Crespo-Venegas and Michael Jamil Smith. For good cause shown, the Court **grants** the application as follows:

1. The attorneys listed on the Motion shall be withdrawn as counsel for Plaintiffs-Petitioners Jose Crespo-Venegas and Michael Jamil Smith.

2. The attorneys listed on the Motion shall provide notice of this Order to Plaintiff-Petitioner Jose Crespo-Venegas, through his sisters Veronica Crespo-Venegas and Maria Crespo-Venegas.

3. The Clerk of the Court shall amend the docket to reflect that the Plaintiffs-Petitioners named above are proceeding *pro se* in this matter. There is no recorded last known address for Mr. Crespo-Venegas or Mr. Smith.

4. Plaintiffs-Petitioners shall be responsible for providing the Court with their current mailing addresses. If Plaintiffs-Petitioners fail to do so within 60 days of this Order, the Court will dismiss their claims without prejudice for failure to prosecute. *See* Civil Local Rule 83.11(b).

**IT IS SO ORDERED.**

Dated: February 22, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court