**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated.<br>    Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>    Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Presently before the Court is Plaintiff-Petitioners' Application for Leave to File Documents under Seal. For good cause shown, the Court **grants** the application as follows:

1. Plaintiff-Petitioners may file an unredacted copy of the Declaration of Kyle Virgien under seal;

2. Plaintiff-Petitioners may file an unredacted copy of the Declaration of Matthew S. Vogel under seal;

3. Copies of these Declarations redacting the personal identifying information of Plaintiff-Petitioners and their families shall be accepted into the Court's ECF system;

4. These Declarations, submitted in support of Plaintiff-Petitioners' Motion for Withdrawal, are accepted as filed.

**IT IS SO ORDERED**

Dated: February 22, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court