# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated,<br>      Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service.<br>      Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS THE CLAIMS OF PLAINTIFF-PETITIONERS JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, LEOPOLDO SZURGOT, AND JANE DOE** |

1 | Presently before the Court is the parties' joint motion to dismiss without prejudice the claims of Plaintiff-Petitioners Jacinto Victor Alvarez, Joseph Broderick, Marlene Cano, Noe Gonzalez-Soto, Victor Lara-Soto, Racquel Ramcharan, George Ridley, Leopoldo Szurgot, and Jane Doe. For good cause shown, the Court hereby **grants** the joint motion pursuant to Fed. R. Civ. P. 41(a)(2), and dismisses the claims of Plaintiff-Petitioners Jacinto Victor Alvarez, Joseph Broderick, Marlene Cano, Noe Gonzalez-Soto, Victor Lara-Soto, Racquel Ramcharan, George Ridley, Leopoldo Szurgot, and Jane Doe without prejudice. Each side will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 22, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court