**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JAMIL SMITH, JOSE CRESPO-VENEGAS, | Case No. 20-CV-00782-DMS-AHG |
| Plaintiff-Petitioners, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, | |
| STEVEN C. STAFFORD, United States Marshal for the Southern District of California, | |
| RONALD L. DAVIS, Director of the United States Marshals Service, | |
| Defendant-Respondents. | |

IT IS HEREBY CERTIFIED that:

I, Colin M. McDonald, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action. I am causing, on February 22, 2023, service of the following document

**RESPONSE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

upon Petitioners MICHAEL JAMIL SMITH and JOSE CRESPO-VENEGAS by supplying a courtesy copy of the above-referenced filing to their previous attorneys of record at the following e-mail addresses:[1]

JOAN MCPHEE (joan.mcphee@ropesgray.com)

ALEXANDER B. SIMKIN (alexander.simkin@ropesgray.com)

---

[1]   As outlined by Petitioners' former attorneys, there is no known address for Mr. Crespo-Venegas or Mr. Smith at this time. ECF No. 204 at 4.

1  HELEN GUGEL (helen.gugel@ropesgray.com)

2  NICOLE HOROWITZ (nicole.horowitz@ropesgray.com)

3  SIRINE SHEBAYA (sirine@nipnlg.org)

4  MATTHEW VOGEL (matt@nipnlg.org)

5  JONATHAN PAUL MARKOVITZ (jmarkovitz@aclu-sdic.org)

6  JENNIFER WEDEKIND (jwedekind@aclu.org)

7  KYLE VIRGIEN (kvirgien@aclu.org)

8  I declare under penalty of perjury that the foregoing is true and correct.

9

10  Executed on February 22, 2023.

11  s/ *Colin M. McDonald*
   COLIN M. MCDONALD

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2