# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, JOSE CRESPO-VENEGAS, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, MICHAEL JAMIL SMITH, LEOPOLDO SZURGOT, JANE DOE, on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs-Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                    Defendants-Respondents. | Case No.: 20-cv-00782-DMS (AHG)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motion for judgment on the pleadings and/or for dismissal is currently scheduled for hearing on March 3, 2023. The Court finds this matter suitable for decision

///

///

///

1

without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the March 3, 2023 hearing is vacated.

**IT IS SO ORDERED**.

Dated: February 28, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court