**JENNIFER WEDEKIND***
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

Former Counsel for Plaintiff-Petitioners
*Additional former counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jacinto Victor ALVAREZ, Joseph BRODERICK, Marlene CANO, Jose CRESPO-VENEGAS, Noe GONZALEZ-SOTO, Victor LARA-SOTO, Racquel RAMCHARAN, George RIDLEY, Michael Jamil SMITH, Leopoldo SZURGOT, Jane DOE, on behalf of themselves and those similarly situated,<br><br>    Plaintiff-Petitioners,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>Steven C. STAFFORD, United States Marshal for the Southern District of California,<br><br>Ronald L. Davis, Director of the United States Marshals Service,<br><br>    Defendant-Respondents. | **Case No.:** 3:20-cv-00782-DMS-AHG<br><br>**NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO WITHDRAW REPRESENTATION OF JOSE CRESPO-VENEGAS AND MICHAEL JAMIL SMITH BY PLAINTIFFS-PETITIONERS' FORMER COUNSEL (Dkt. No. 206)** |

**JOAN MCPHEE*** (NY SBN 2082246) (joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN*** (NY SBN 4463691) (alexander.simkin@ropesgray.com)
**HELEN GUGEL*** (NY SBN 4910105) (helen.gugel@ropesgray.com)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ** (SBN 306828) (nicole.horowitz@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**SIRINE SHEBAYA*** (NY SBN 5094990) (sirine@nipnlg.org)
**MATTHEW VOGEL*†** (LA SBN 35363) (matt@nipnlg.org)
**NATIONAL IMMIGRATION PROJECT**
**OF THE NATIONAL LAWYERS GUILD**
2201 Wisconsin Ave, NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

**JONATHAN PAUL MARKOVITZ** (jmarkovitz@aclu-sdic.org)
**ACLU FOUNDATION OF SAN DIEGO &**
**IMPERIAL COUNTIES**
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4187

*Admitted *pro hac vice*
† Not admitted in D.C.; working remotely

1  The undersigned former counsel hereby provide notice that, pursuant to the Court's Order Granting Motion to Withdraw Representation of Jose Crespo-Venegas and Michael Jamil Smith by Plaintiffs-Petitioners' Counsel, they have complied with the Court's order that they "provide notice of this Order to Plaintiff-Petitioner Jose Crespo-Venegas, through his sisters Veronica Crespo-Venegas and Maria Crespo-Venegas." Dkt. No. 206 at 2. The undersigned former counsel provided both sisters with copies of the Court's order. Former counsel discussed the court's order on the telephone with Veronica Crespo-Venegas, and offered by voicemail and text message to discuss it with Maria Crespo-Venegas.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** |
| DATED: March 3, 2023 | */s/ Kyle Virgien* |

**JENNIFER WEDEKIND**
(jwedekind@aclu.org)
915 15th St. NW
Washington, DC 20005
Telephone: (202) 393-4930

**KYLE VIRGIEN**
(kvirgien@aclu.org)
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

**ROPES & GRAY LLP**

**JOAN MCPHEE**
(joan.mcphee@ropesgray.com)
**ALEXANDER B. SIMKIN**
(alexander.simkin@ropesgray.com)
**HELEN GUGEL**
(helen.gugel@ropesgray.com)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

**NICOLE HOROWITZ**
(nicole.horowitz@ropesgray.com)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300

**NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD**

**SIRINE SHEBAYA**
(sirine@nipnlg.org)
**MATTHEW VOGEL**
(matt@nipnlg.org)
2201 Wisconsin Ave, NW
Suite 200
Washington, DC 20007
Telephone: (617) 227-9727

| | |
|---|---|
| 1 | **ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES** |
| 2 | |
| 3 | **JONATHAN PAUL MARKOVITZ** |
| 4 | (jmarkovitz@aclu-sdic.org) |
| 5 | P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4187 |
| 6 | |
| 7 | *Former Attorneys for Plaintiff-Petitioners* |