# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO VICTOR ALVAREZ, JOSEPH BRODERICK, MARLENE CANO, JOSE CRESPO-VENEGAS, NOE GONZALEZ-SOTO, VICTOR LARA-SOTO, RACQUEL RAMCHARAN, GEORGE RIDLEY, MICHAEL JAMIL SMITH, LEOPOLDO SZURGOT, JANE DOE, on behalf of themselves and those similarly situated,<br><br>           Plaintiffs-Petitioners,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>           Defendants-Respondents. | Case No.: 20-cv-00782-DMS (AHG)<br><br>**ORDER DISMISSING CASE** |

On February 22, 2023, this Court entered an order granting a motion by Plaintiff-Petitioners' counsel to withdraw from their representation of Plaintiff-Petitioners Jose Crespo-Venegas and Michael Jamil Smith. Pursuant to that Order, Mr. Crespo-Venegas and Mr. Smith were to provide the Court with their addresses within 60 days, or by April 24, 2023. To date, neither has done so. Therefore, the Court dismisses their claims without

prejudice for failure to prosecute. *See* Civil Local Rule 83.11(b). The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

Dated: May 2, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court