

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jacinto Victor Alvarez; (see attachment)

**Petitioners**

V.

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center; (see attachment)

**Respondents**

Civil Action No. 20CV0782-DMS-AHG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Case is dismissed without prejudice for failure to prosecute.

Date: 5/2/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 20CV0782-DMS-AHG

Jacinto Victor Alvarez; Joseph Broderick; Marlene Cano; Jose Crespo-Venegas; Noe Gonzalez-Soto; Victor Lara-Soto; Racquel Ramcharan; George Ridley; Michael Jamil Smith; Leopoldo Szurgot; Jane Doe

_____
                Petitioners,

V.

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center; Steven C. Stafford, United States Marshal for the Southern District of California; Donald W. Washington, Director of the United States Marshals Service; Ronald L Davis

_____
                Respondents

Michael Puisis, D.O.; Brie Williams, M.D., M.S.

_____
                Amicus